UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of Areon J. Marion, Deceased<br><br>Plaintiff,<br><br>vs.<br><br>COOK COUNTY, ILLINOIS, et al.,<br><br>Defendants. | Case No.: 22-cv-6886<br><br>Honorable Andrea R. Wood |

## NOTICE OF FILING

**To:**

James C. Pullos
Clifford Law Offices, P.C.
120 N. LaSalle Street
Suite 3600
Chicago, Illinois 60602
(312) 899-9090
jcp@cliffordlaw.com
*Attorney for Plaintiff*

      **PLEASE TAKE NOTICE** that on December 15, 2022, I caused the attached *Defendants' Unopposed Motion for Extension of Time* to be filed with the Clerk of the United States District Court, Northern District of Illinois, Eastern Division, a copy of which is hereby served upon you.

                                 KIMBERLY M. FOXX
                                 State's Attorney of Cook County

                By:  */s/ Antonio Lee*
                        Antonio Lee (ARDC # 6322654)
                        Assistant State's Attorney
                        500 Richard J. Daley Center
                        Chicago, Illinois 60602
                        (312) 603-5439
                        Antonio.lee@cookcountyil.gov

## CERTIFICATE OF SERVICE

The undersigned certifies that, on December 15, 2022, in accordance with the Federal Rules of Civil Procedure, Local Rule 5.5 and the General Order on Electronic Case Filing, he served *Defendants' Unopposed Motion for Extension of Time*, with attachments, on the persons named below by electronic mail prior to 5:00 p.m.

                                        */s/ Antonio Lee*
                                        Antonio Lee
                                        Assistant State's Attorney