UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
Eastern Division

Joanna Wilson
                    Plaintiff,

v.                                                Case No.: 1:22−cv−06886
                                                  Honorable Andrea R. Wood

Cook County, Illinois, et al.
                    Defendant.

# NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, March 7, 2023:

MINUTE entry before the Honorable Andrea R. Wood: Telephonic status hearing held on 3/7/2023. For the reasons stated on the record, Plaintiff's oral motion for leave to file an amended complaint is granted. Plaintiff shall file its amended complaint by 3/21/2023. Defendants who have already appeared shall file their answers or otherwise respond to Plaintiff's amended complaint by 4/4/2023. The parties shall serve Fed. R. Civ. P. 26(a)(1) initial disclosures by 3/21/2023. Any joint motion for entry of a protective order shall be filed by 3/31/2023. Fact discovery shall be completed by 1/31/2024. Plaintiffs shall disclose their experts by 4/8/2024 and produce their experts for depositions by 6/10/2024. Defendants shall disclose their experts by 8/12/2024 and produce their experts for depositions by 10/14/2024. Dispositive motions shall be filed by 12/16/2024. By 5/8/2023, the parties shall file a joint status report setting forth: (1) the current status of discovery, including what progress has been made, whether the parties are aware of any discovery disputes that will require the Court's involvement, and whether the parties are aware of any reason why they will not be able to complete fact discovery by the 1/31/2024 deadline; (2) confirmation that Defendant Bednarz has been served and his expected answer date (if he has not already answered); (3) the parties' views regarding prospects for settlement and whether the parties request a referral to the magistrate judge for a settlement conference; and (4) whether the parties require a telephonic status hearing and, if so, what matters the parties feel it would be helpful to discuss with the Court. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our

web site at *www.ilnd.uscourts.gov*.