**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNA WILSON, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 1:22-cv-06886 |
| | ) | |
| vs. | ) | Hon. Andrea R. Wood |
| | ) | |
| COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., AHLEA C. BALAWENDER PA-C, MICHAEL BEDNARZ, M.D., JASON SPRAGUE, LAUREN CARTWRIGHT, and NIKKI RUFFIN, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**
**WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that on **April 25, 2023,** Assistant Cook County State's Attorney Mia Buntic withdraws her appearance for Defendant, NIKKI RUFFIN**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Troy S. Radunsky, substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By: /s/ Troy S. Radunsky_____
Troy S. Radunsky
ARDC# 6269281
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: tradunsky@devoreradunsky.com

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **April 25, 2023**.

/s/*Troy S. Radunsky*___