**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| JOANNA WILSON, | ) | |
| Plaintiff, | ) ) ) | Case No. 1:22-cv-06886 |
| vs. | ) ) ) | Hon. Andrea R. Wood |
| COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., AHLEA C. BALAWENDER PA-C, MICHAEL BEDNARZ, M.D., JASON SPRAGUE, LAUREN CARTWRIGHT, and NIKKI RUFFIN, | ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **April 25, 2023,** Assistant Cook County State's Attorney Mia Buntic withdraws her appearance for Defendant, NIKKI RUFFIN**,** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Zachary G. Stillman substituted his appearance for said Defendants.

Respectfully Submitted,

DeVore Radunsky LLC

By:  */s/ Zachary G. Stillman*
Zachary G. Stillman (ARDC No. 6342749)
Special Assistant State's Attorney
230 W. Monroe, Ste 230
Chicago, IL 60606
312-300-4479
Email: zstillman@devoreradunsky.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that the above **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was filed on **April 25, 2023**, with the Northern District of Illinois ECF System, serving a copy on all parties.

*/s/Zachary G. Stillman*