# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON J. MARION,<br>   *Plaintiff,*<br><br>  *-vs-*<br><br>COOK COUNTY, ILLINOIS, a unit of local government and d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM and CERMAK HEALTH SERVICES OF COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., MICHAEL BEDNARZ, M.D., AHLEAH C. BALAWENDER PA-C, JASON SPRAGUE, LAUREN CARTWRIGHT, NIKKI RUFFIN, COOK COUNTY SHERIFF, AND OFFICER B. VARGAS 16976,<br><br>   *Defendants.* | No. 22-cv-06886<br><br>Judge Andrea R. Wood<br>Magistrate Judge Young B. Kim |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
## WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **May 10, 2023**, Assistant Cook County State's Attorney Mia Buntic, withdraws her appearance for Defendant **STEVE PASCHOS** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Monica Burkoth, substituted her appearance for said Defendant.

              Respectfully Submitted,

              JOHNSON & BELL, LTD.

        By: */s/: Monica Burkoth*
           Monica Burkoth
           Special Assistant State's Attorney
           33 W. Monroe, Ste. 2700
           Chicago, Illinois 60603
           312-372-0770
           Email: burkothm@jbltd.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **May 10, 2023**.

*/s/ Monica Burkoth*