# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON J. MARION, )<br>    *Plaintiff,* )<br>)<br>    -vs- )<br>)<br>COOK COUNTY, ILLINOIS, a unit of local government and d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM and CERMAK HEALTH SERVICES OF COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., MICHAEL BEDNARZ, M.D., AHLEAH C. BALAWENDER PA-C, JASON SPRAGUE, LAUREN CARTWRIGHT, NIKKI RUFFIN, COOK COUNTY SHERIFF, AND OFFICER B. VARGAS 16976 )<br>)<br>    *Defendants.* ) | No. 22-cv-06886<br><br>Judge Andrea R. Wood<br>Magistrate Judge Young B. Kim |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **May 10, 2023**, Assistant Cook County State's Attorney Mia Buntic, withdraws her appearance for Defendant **STEVE PASCHOS** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Lisa M. McElroy, substituted her appearance for said Defendant.

    Respectfully Submitted,

    JOHNSON & BELL, LTD.

By:    */s/: Lisa M. McElroy*
        Lisa M. McElroy
        Special Assistant State's Attorney
        33 W. Monroe, Ste. 2700
        Chicago, Illinois 60603
        312-372-0770
        Email: mcelroyL@jbltd.com

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **May 10, 2023**.

*/s/ Lisa M. McElroy*