**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **JOANNA WILSON, as Independent Administrator of the Estate of AREON J. MARION,** | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| -vs- | ) ) | No. 22-cv-06886 |
| **COOK COUNTY, ILLINOIS, a unit of local government and d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM and CERMAK HEALTH SERVICES OF COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., MICHAEL BEDNARZ, M.D., AHLEAH C. BALAWENDER PA-C, JASON SPRAGUE, LAUREN CARTWRIGHT, NIKKI RUFFIN, COOK COUNTY SHERIFF, AND OFFICER B. VARGAS 16976** | ) ) ) ) ) ) ) ) ) ) ) ) ) | **Judge Andrea R. Wood** **Magistrate Judge Young B. Kim** |
| *Defendants.* | ) | |

**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL
WITHIN THE SAME FIRM**

**PLEASE TAKE NOTICE** that on **May 9, 2023**, Assistant Cook County State's Attorney Mia Buntic, withdraws her appearance for Defendant **STEVE PASCHOS** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Aleeza Mian, substituted her appearance for said Defendant.

    Respectfully Submitted,

    JOHNSON & BELL, LTD.

By:   /s/: Aleeza Mian
    Aleeza Mian
    Special Assistant State's Attorney
    33 W. Monroe, Ste. 2700
    Chicago, Illinois 60603
    312-372-0770
    Email: miana@jbltd.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **May 10, 2023**.

*/s/ Aleeza Mian*