## U.S. District Court for the Northern District Of Illinois
## Attorney Appearance Form

Case Title: Joanna Wilson v. Cook County, Illinois, et al.

Case Number: 22-cv-6886

An appearance is hereby filed by the undersigned as attorney for:
Steve Paschos, MD

Attorney name (type or print): Samuel D. Branum

Firm: Johnson & Bell, LTD

Street address: 33 W. Monroe Street, Suite 2700

City/State/Zip: Chicago, Illinois  60603

Bar ID Number: 6326622
(See item 3 in instructions)

Telephone Number: 312-372-0770

Email Address: branums@jbltd.com

| | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | ☐ | ✔ |
| Are you acting as local counsel in this case? | ☐ | ✔ |
| Are you a member of the court's trial bar? | ☐ | ✔ |
| If this case reaches trial, will you act as the trial attorney? | ☐ | ✔ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on

Attorney signature: S/ Samuel D. Branum
(Use electronic signature if the appearance form is filed electronically.)

Revised  8/1/2015