# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON J. MARION, | ) ) ) ) | |
| *Plaintiff,* | ) ) | |
| -vs- | ) ) | No. 22-cv-06886 |
| COOK COUNTY, ILLINOIS, a unit of local government and d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM and CERMAK HEALTH SERVICES OF COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., MICHAEL BEDNARZ, M.D., AHLEAH C. BALAWENDER PA-C, JASON SPRAGUE, LAUREN CARTWRIGHT, NIKKI RUFFIN, COOK COUNTY SHERIFF, AND OFFICER B. VARGAS 16976 | ) ) ) ) ) ) ) ) ) ) ) ) | Judge Andrea R. Wood Magistrate Judge Young B. Kim |
| *Defendants.* | ) | |

## NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM

**PLEASE TAKE NOTICE** that on **May 9, 2023**, Assistant Cook County State's Attorney Mia Buntic, withdraws her appearance for Defendant **STEVE PASCHOS** and pursuant to Local Rule 83.17 Special Assistant Cook County State's Attorney Samuel D. Branum, substituted his appearance for said Defendant.

Respectfully Submitted,

JOHNSON & BELL, LTD.

By: /s/: Samuel D. Branum
Samuel D. Branum
Special Assistant State's Attorney
33 W. Monroe, Ste. 2700
Chicago, Illinois 60603
312-372-0770
Email: branums@jbltd.com

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that the **NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL WITHIN THE SAME FIRM**, was served pursuant to the District Court's ECF system to all attorneys of counsel on **May 10, 2023**.

*/s/ Samuel D. Branum*