**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Joanna Wilson
                      Plaintiff,

v.                                        Case No.: 1:22−cv−06886
                                                  Honorable Andrea R. Wood

Cook County, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, May 31, 2023:

       MINUTE entry before the Honorable Andrea R. Wood: The parties' agreed motion for entry of a qualified protective order [38] is granted. Enter Protective Order. Telephonic motion hearing set for 6/1/2023 is stricken; parties need not appear. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.