## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson
                          Plaintiff,

v.                                                          Case No.: 1:22−cv−06886
                                                                    Honorable Andrea R. Wood

Cook County, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 11, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The Court has reviewed the parties' joint status report [43]. At the parties' request, this matter is referred to the magistrate judge for a settlement conference. Oral discovery is stayed until further order of the Court to allow the parties time to explore settlement. By 8/15/2023, the parties shall file an updated joint status report to inform Judge Wood of: (1) the status of the parties' settlement discussions; (2) whether any party desires to lift or modify the stay of oral discovery, and (3) any other matters that the parties would like to discuss with Judge Wood at a status hearing. The fact discovery deadline remains set for 1/31/2024. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.