# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson

                Plaintiff,

v.

Cook County, et al.

                Defendant.

Case No.: 1:22−cv−06886
Honorable Andrea R. Wood

## ORDER REFERRING A CIVIL CASE TO THE DESIGNATED MAGISTRATE JUDGE

      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Young B. Kim for the purpose of holding proceedings related to: settlement conference. (lma, )

Dated: July 11, 2023

/s/ Andrea R. Wood

United States District Judge