**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Joanna Wilson

                Plaintiff,

v.                                      Case No.: 1:22–cv–06886
                                      Honorable Andrea R. Wood

Cook County, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 19, 2023:

      MINUTE entry before the Honorable Young B. Kim: Preliminary settlement discussion held. A Webex video settlement conference is scheduled for November 16, 2023, at 12:00 p.m. The court will send out a video link by email prior to the start of the conference with instructions to join the meeting. Parties are ordered to review and follow the court's standing order on "Settlement Conferences" on its webpage. The individuals with the authority to settle this matter must be present by video for the entire conference. Defendant County is ordered to respond to Plaintiff's settlement demand in reply to the court's email sent to the parties today, by August 18, 2023. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.