IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON J. MARION, Deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 22-cv-06886 |
| COOK COUNTY, ILLINOIS, a unit of local government and d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM and CERMAK HEALTH SERVICES OF COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., MICHAEL BEDNARZ, M.D., AHLEAH C. BALAWENDER PA-C, JASON SPRAGUE, LAUREN CARTWRIGHT, NIKKI RUFFIN, COOK COUNTY SHERIFF, AND OFFICER B. VARGAS 16976, | ) ) ) ) ) ) ) ) ) ) | Hon. Andrea R. Wood |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Joanna Wilson, and Defendants, Cook County, Illinois, Cook County Sheriff's Office, Yaser Haq, Ahleah C. Balawender PA-C, Jason Sprague, Lauren Cartwright, Nikki Ruffin, and Officer B. Vargas, by their respective attorneys, hereby submit the following joint status report:

1. **Discovery**

The parties are in the process of completing written discovery. To date, Plaintiff has answered written discovery propounded by Defendants. Defendant Paschos, Defendant Ruffin, Defendant Officer B. Vargas, and the Cook County Sheriff's Office answered written discovery propounded by Plaintiff. The remaining Cook County Defendants are in the process of answering written discovery. The parties have not engaged in oral discovery by agreement and with permission of this Court to facilitate settlement discussions.

2. **Settlement**

A. Plaintiff made a demand to settle this matter.

B. Plaintiff and counsel for Cook County (indemnitor) have had fruitful discussions regarding settlement and hereby request a referral to the magistrate for a settlement conference.

C. This Court referred this matter to Magistrate Judge Kim for purposes of conducting a settlement conference currently scheduled for November 16, 2023 at 12:00 p.m. In the meantime, Magistrate Judge Kim requested Cook County to respond to Plaintiff's demand by September 1, 2023.

D. The parties agree that they are acting in good faith to resolve this matter and that a stay in oral discovery until after the settlement conference with Magistrate Judge Kim will assist the parties to avoid unnecessary litigation expenses and fees.

E. The parties propose to provide the Court with a status report by November 17, 2023 advising this Court about the results of the settlement conference, and if necessary, the parties will propose any modifications to the discovery schedule.

Dated: August 15, 2023.

Respectfully submitted,

/s/ James C. Pullos
James C. Pullos
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., Suite 3600
Chicago, IL 60602
(312) 899-9090
jcp@cliffordlaw.com
*Attorney for Plaintiff*

/s/ Mia Buntic
Mia Buntic, Assistant State's Attorney
COOK COUNTY STATE'S ATTORNEY'S OFFICE
50 W. Washington St.
Suite 2760
Chicago, IL 60602
(312) 603-1434
mia.buntic@cookcountyil.gov
*Attorney for Primary Defendants and Cook County*

/s/ Antonio Lee
Antonio Lee, Assistant State's Attorney
COOK COUNTY STATE'S ATTORNEY'S OFFICE
50 W. Washington St.
500 Richard J. Daley Center
Chicago, IL 60602
(312) 603-5439
antonio.lee@cookcountyil.gov
*Attorney for Defendants Sheriff of Cook County and Officer Vargas*

/s/ Troy S. Radunsky
Jason E. DeVore DeVore Radunsky LLC
230 W. Monroe Suite 230
Chicago, IL 60606
Tradunsky@devoreradunsky.com
*Attorney for Defendant Ruffin*

/s/ Monica Burkoth
Johnson & Bell
33 West Monroe Street, Suite 2700
Chicago, Illinois 60603-5404
D: (312) 984-3421
burkothm@jbltd.com
*Attorney for Defendant Paschos*

## **CERTIFICATE OF SERVICE**

I, James C. Pullos, an attorney, hereby certify that on August 15, 2023 I served **JOINT STATUS REPORT** by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
312.899.9090