## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson
                              Plaintiff,

v.                                                                 Case No.: 1:22−cv−06886
                                                                          Honorable Andrea R. Wood

Cook County, et al.
                              Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, October 5, 2023:

      MINUTE entry before the Honorable Young B. Kim: Confidential settlement discussion held with Plaintiff. Mailed notice(Kim, Young)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.