UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Joanna Wilson
                          Plaintiff,

v.                                               Case No.: 1:22−cv−06886
                                                            Honorable Andrea R. Wood

Cook County, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, November 16, 2023:

      MINUTE entry before the Honorable Young B. Kim: Video settlement conference held. Parties were able to resolve the matter. Defendant Cook County to email a finalized version of the settlement agreement to Plaintiff by November 21, 2023. Parties are to file their stipulations to dismiss with the assigned District Judge as soon as possible. All matters relating to the referral of this action having been concluded, the referral is closed, and the case is returned to the assigned District Judge. Mailed notice (ec)


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.