## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson
                          Plaintiff,

v.                                                    Case No.: 1:22−cv−06886
                                                         Honorable Andrea R. Wood

Cook County, et al.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 20, 2023:

      MINUTE entry before the Honorable Andrea R. Wood: The magistrate judge reports that the parties have reached a settlement. Accordingly, the telephonic status hearing before Judge Wood set for 11/21/2023 is stricken. Instead, by 1/22/2024, the parties shall file either a stipulation of dismissal or a short status report explaining their delay in doing so. Mailed notice (lma, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.