UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of Areon J. Marion, Deceased | |
| Plaintiff, | Case No.: 22-cv-6886 |
| vs. | Judge Franklin U. Valderrama |
| COOK COUNTY, ILLINOIS, et al., | Magistrate Judge Young Kim |
| Defendants. | |

## AGREED MOTION TO SUBSTITUTE PARTIES

Defendants, Cook County, Illinois, Cook County Sheriff's Office, Yaser Haq, Ahleah C. Balawender PA-C, Jason Sprague, Lauren Cartwright, Nikki Ruffin, and Officer B. Vargas, ("Defendants") by their respective attorneys, move to substitute Cook County as the named Defendant and dismiss with prejudice the individually named Defendants. In support of this Motion, Defendants state:

1. Cook County is the indemnifying entity in the above-captioned lawsuit.

2. The Parties agree to substitute Cook County as the named Defendant, and dismiss with prejudice the individually named Defendants, Cook County Sheriff's Office, Yaser Haq, Ahleah C. Balawender PA-C, Jason Sprague, Lauren Cartwright, Nikki Ruffin, and Officer B. Vargas.

3. Parties will submit a stipulation to dismiss this case without prejudice to convert to a dismissal with prejudice, signed by both Parties.

4. Such stipulation of dismissal will be filed once the Parties sign the Settlement and Release Agreement.

5. The Parties agree that any dismissed parties may be reinstated if the Cook County Board does not approve the settlement of this matter.

6. Counsels for the Defendants has conferred with Counsel for the Plaintiff, and Plaintiff agrees with this Motion.

WHEREFORE, Defendants, Cook County, Illinois, Cook County Sheriff's Office, Yaser Haq, Ahleah C. Balawender PA-C, Jason Sprague, Lauren Cartwright, Nikki Ruffin, and Officer B. Vargas, request that an order of substitution be entered substituting Cook County for the named Defendants and the named Defendants be dismissed with prejudice.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

/s/Mia Buntic
Mia Buntic
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-1434
Mia.Buntic@cookcountyil.gov

**CERTIFICATE OF SERVICE**

I, Assistant State's Attorney, Mia Buntic, hereby certify that the above and foregoing was served upon Plaintiff's counsel electronically through the CM/ECF filing system on November 22, 2023.

/s/ Mia Buntic
Mia Buntic