## CERTIFICATE OF SERVICE

I, James C. Pullos, an attorney, hereby certify that on December 13, 2023 I served **PLAINTIFF'S MOTION TO APPROVE SETTLEMENT OF WRONGFUL DEATH ACTION AND TO APPROVE DISTRIBUTION OF FUNDS** by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system and by U.S. Mail to: Adair Joyner, 1728 Harbor Avenue, Calumet City, IL 60409.

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
312.899.9090