UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Notice and Consent to Exercise of Jurisdiction
## By a United States Magistrate Judge

| | |
|---|---|
| Case Title: Joanna Wilson, as Independent Administrator of the Estate of Areon Marion, Deceased, V. Cook County, et al. | Case Number: 22-cv-6886 |
| | Assigned Judge: Andrea R. Wood |
| | Designated Magistrate Judge: Young Kim |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to the currently designated magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* If all parties consent to have the currently designated United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of a final judgment, and all post-trial proceedings, they should sign their names below (electronically or otherwise). Should this case be reassigned to a magistrate judge other than the magistrate judge designated, pursuant to Local Rule 72.1, the undersigned may object within 21 days of such reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending. If no objection has been filed within 21 days, the parties will be deemed to have consented to the reassignment. NOTICE: This document is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Initial Status Report or proposed Case Management Order. Consult Local Rule 73.1 for further information.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 1/9/2024 | James Pullos (Digitally signed by James Pullos Date: 2024.01.09 15:21:34 -06'00') | Plaintiff |
| 1/10/2024 | Mia Buntic (Digitally signed by Mia Buntic Date: 2024.01.10 14:55:15 -06'00') | Defendants, Cook County, Dr. Yaser Haq, Dr. Michael Bednarz, Ahleah Balawender, |
| 1/11/2024 | Troy Radunsky | Nikki Ruffin |
| 1/12/2024 | /s/ Monica Burkoth | Dr. Steven Paschos |

Amended November 4, 2021

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## Notice and Consent to Exercise of Jurisdiction By a United States Magistrate Judge

| | |
|---|---|
| **Case Title:** Joanna Wilson, as Independent Administrator of the Estate of Areon Marion, Deceased, V. Cook County, et al. | **Case Number:** 22-cv-6886 <br><br> **Assigned Judge:** Andrea R. Wood <br><br> **Designated Magistrate Judge:** Young Kim |

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to the currently designated magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* If all parties consent to have the currently designated United States Magistrate Judge conduct all proceedings in this case, including trial, the entry of a final judgment, and all post-trial proceedings, they should sign their names below (electronically or otherwise). Should this case be reassigned to a magistrate judge other than the magistrate judge designated, pursuant to Local Rule 72.1, the undersigned may object within 21 days of such reassignment. If a timely objection is filed by any party, the case will be reassigned to the district judge before whom it was last pending. If no objection has been filed within 21 days, the parties will be deemed to have consented to the reassignment. NOTICE: This document is eligible for filing only if executed by all parties. The parties can also express their consent to jurisdiction by a magistrate judge in any joint filing, including the Initial Status Report or proposed Case Management Order. Consult Local Rule 73.1 for further information.

| Date | By: Signature | Name of Party or Parties |
|---|---|---|
| 1/9/2024 | James Pullos (Digitally signed by James Pullos, Date: 2024.01.09 15:21:34 -06'00') | Plaintiff |
| 1/10/2024 | Mia Buntic (Digitally signed by Mia Buntic, Date: 2024.01.10 14:55:15 -06'00') | Defendants, Cook County, Dr. Yaser Haq, Dr. Michael Bednarz, Ahleah Balawender. |
| 1/12/2024 | John Power (Digitally signed by John Power, Date: 2024.01.12 12:00:44 -06'00') | Defendant Sheriff Dart |
| | | |

Amended November 4, 2021