# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson
                     Plaintiff,

v.                                             Case No.: 1:22−cv−06886
                                                             Honorable Young B. Kim

Cook County, et al.
                     Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, January 25, 2024:

        MINUTE entry before the Honorable Young B. Kim: Defendants' agreed motion to substitute parties [59] is granted. Defendant Cook County is granted leave to substitute as the sole named Defendant in this case. The court dismisses Defendants Cook County Sheriff's Office, Yaser Haq, Ahleah C. Balawender PA−C, Jason Sprague, Lauren Cartwright, Nikki Ruffin, and Officer B. Vargas from this case with prejudice. Plaintiff's motion to approve settlement and distribution of funds [60] is taken under advisement. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.