UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Joanna Wilson
                               Plaintiff,

v.                                          Case No.: 1:22–cv–06886
                                                            Honorable Young B. Kim

Cook County, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 30, 2024:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion to approve settlement and distribution of funds [60] is granted in part and entered and continued in part. The motion is granted to the extent that the court approves the total settlement amount of $1,500,000 and the total fees and costs in the amount of $616,602.78 as fair and reasonable. The court also grants the motion to the extent that Survival Act claims (Counts III, IV, VI, VIII, X, and XII) are dismissed with prejudice. However, the motion is entered and continued to the extent that it seeks the distribution of the remaining settlement amount of $883,397.22. In order to better assess this request, the court requires additional information because the motion lacks affidavits from Adair Joyner and Aiden Joyner whether they also agree to the proposed distribution of the settlement funds. Parties are to file a joint status report by February 6, 2024, including the following information: (1) the status on Defendant Cook County's payment of the settlement amount to Plaintiff and the parties' stipulation to dismiss this action; and (2) the contact information (including phone numbers and mailing and email addresses) for Adair and Aiden Joyner. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.