**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

JOANNA WILSON, as Independent Administrator
of the Estate of Areon J. Marion, Deceased

        Plaintiff,

    vs.

COOK COUNTY, ILLINOIS, et al.,

    Defendants.

Case No.: 22-cv-6886

Judge Franklin U. Valderrama

Magistrate Judge Young Kim

**<u>AGREED MOTION TO SUBSTITUTE PARTIES</u>**

Defendant, Cook County, Illinois, by its attorney, moves to substitute Cook County as the named Defendant and dismiss with prejudice Dr. Steve Paschos and Dr. Michael Bednarz from this lawsuit. In support of this Motion, Cook County states as follows:

1. On November 22, 2023, Cook County filed a motion to substitute the individually named defendants for Cook County as the indemnifying entity in the above-captioned lawsuit.

2. Cook County inadvertently omitted Dr. Steve Paschos and Dr. Mihael Bednarz from that list.

3. Cook County now requests that Cook County be substituted for Dr. Steve Paschos and Dr. Michal Bednarz, and that the individually named Defendants be dismissed as parties.

4. Counsel for Cook County has conferred with Counsel for the Plaintiff, and Plaintiff agrees with this Motion.

2

WHEREFORE, Defendant, Cook County, Illinois, requests that an order of substitution be entered substituting Cook County for the named Dr. Steve Paschos and Dr. Michael Bednarz, and the named Defendants be dismissed with prejudice.

Respectfully submitted,

KIMBERLY M. FOXX
State's Attorney of Cook County

*/s/Mia Buntic*
Mia Buntic
Assistant State's Attorney
Cook County State's Attorney's Office
500 Richard J. Daley Center
Chicago, Illinois 60601
(312) 603-1434
Mia.Buntic@cookcountyil.gov

## CERTIFICATE OF SERVICE

I, Assistant State's Attorney, Mia Buntic, hereby certify that the above and foregoing was served upon Plaintiff's counsel electronically through the CM/ECF filing system on February 2, 2024.

*/s/ Mia Buntic*
Mia Buntic