# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson

                        Plaintiff,

v.                                              Case No.: 1:22–cv–06886

                                                        Honorable Young B. Kim

Cook County, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, February 2, 2024:

        MINUTE entry before the Honorable Young B. Kim: Defendant Cook County's agreed motion to substitute Cook County for Drs. Steve Paschos and Michael Bednarz [67] is granted. Defendant County is the only remaining Defendant in this case. Defendant Drs. Paschos and Bednarz are dismissed with prejudice. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.