IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON J. MARION, Deceased, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 22-cv-06886 |
| COOK COUNTY, ILLINOIS, a unit of local government and d/b/a COOK COUNTY HEALTH AND HOSPITALS SYSTEM and CERMAK HEALTH SERVICES OF COOK COUNTY, YASER HAQ, M.D., STEVE PASCHOS, M.D., MICHAEL BEDNARZ, M.D., AHLEAH C. BALAWENDER PA-C, JASON SPRAGUE, LAUREN CARTWRIGHT, NIKKI RUFFIN, COOK COUNTY SHERIFF, AND OFFICER B. VARGAS 16976, | ) ) ) ) ) ) ) ) ) ) | Hon. Andrea R. Wood |
| Defendants. | ) | |

**JOINT STATUS REPORT**

Plaintiff, Joanna Wilson, and Defendant, Cook County, Illinois, by their respective attorneys, hereby submit the following joint status report:

1. This matter will be submitted to the Cook County Board of Commissioners for approval on February 29, 2024.

2. Plaintiff Joanna Wilson and Defendant Cook County will submit the stipulation to dismiss in this matter with this Court to retain jurisdiction for purposes of enforcing settlement and determining percentages of dependency by March 8, 2024.

3. Adair Joyner's contact information is as follows:

    Telephone number: (773) 988-1782;
    Address: 1728 Harbor Avenue, Calumet City, IL 60409; and
    Email address: joyneradair47@gmail.com.

Dated: February 2, 2024

1

Respectfully submitted,

/s/ James C. Pullos
James C. Pullos
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., Suite 3600
Chicago, IL 60602
(312) 899-9090
jcp@cliffordlaw.com
*Attorney for Plaintiff*

/s/ Mia Buntic
Mia Buntic, Assistant State's Attorney
COOK COUNTY STATE'S ATTORNEY'S OFFICE
50 W. Washington St.
Suite 2760
Chicago, IL 60602
(312) 603-1434
mia.buntic@cookcountysao.org
*Attorney for Cook County*

## **CERTIFICATE OF SERVICE**

I, James C. Pullos, an attorney, hereby certify that on February 2, 2024 I served **JOINT STATUS REPORT** by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
312.899.9090