# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson

                    Plaintiff,

v.                                             Case No.: 1:22–cv–06886
                                                       Honorable Young B. Kim

Cook County, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, February 5, 2024:

      MINUTE entry before the Honorable Young B. Kim: The Estate has filed a motion for the distribution of settlement funds to Decedent's next of kin. The settlement amount that will remain for distribution totals $883,397.22 ("Funds";), (see R. 66). The motion seeks to have $878,897.22 of the Funds distributed to Joanna Wilson, $2,500 to Robert Marion, and $2,000 to Wilson for the benefit of Dominic Wilson, a minor. The Estate asks that the remaining next of kin–––Adair Joyner, Aiden Joyner, Ryan Marion, and Amber Marion receive nothing from the Funds. Robert, Ryan, and Amber Marion have indicated their agreement to the distribution. (R. 60 at 15–16, 18–19, 21–22.) However, the motion is silent on Adair Joyner's and Aiden Joyner's position on the distribution. As such, Adair Joyner–––on his behalf and on behalf of Aiden Joyner, if he is a minor–––is ordered to submit his response to this motion by February 16, 2024, and indicate his position on the distribution of the Funds. If he wishes to hire an attorney to respond to this order, he must submit his request for time to do so. He may submit a statement and respond to the motion with his position on what his share of the Funds should be or submit a written request for more time by mailing the same to the following: Clerk's Office, United States District Court, 219 South Dearborn Street, 20th Floor, Chicago, IL 60604. Joyner is advised that it is imperative that his written submission includes the case number, No. 22 CV 6886, because failure to do so will result in this court never receiving the submission. The clerk's office is directed to email a copy of this order to Adair Joyner (joyneradair47@gmail.com) and mail the same to the following address: 1728 Harbor Avenue, Calumet City, IL 60409. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.