Adair Joyner
Case No.: 1:22-cv-06886

To whom it may concern, I Adair joyner have requested and discussed with James Pullos that i want this case to be motioned in court because it is unfair, and false allegations has suddenly been made against me in this case. I also explain to James about why I felt it is unfair. I spoke with Joanna Wilson at my Son Areon Marion home going and discussed that we go together as parents to get justice and peace for our son as she agreed. Months later of her filing the case I received a letter requesting me to sign my rights away as a parent, in which I disagreed. Now here 2 years later I get documents in the mail that the case is won and requested that I sign off that Joana receive $878,897.22 etc and I a parent as well receive $0 which i refused. I again contacted James in disbelief that this case was Won/ Closed. I've been unfairly excluded from this case involving the death of my son. I explained in the beginning that it's not all about money I want justice as well. I'm am emotionally stressed about how this case was handled. I have not received any peace. The fact of all of this taking place behind me in which I and Joanna agreed is very hurtful that she will do such things unexpectedly as I've always been a great father to not only my sons but her other children as well. And to get news that my son has hung himself in jail and others has seen the video and I as the father has been left out, when I have father rights as well . I asked James if I can see the video in which he say the case is closed I can't see the video but was in time for the money. James ask what do I think is fair and he will discuss that with Joanna. I explained to him 1/3 ($292,965.74) will be fair in which he automatically states I don't think she'll agree to that The next day James stated that she offered $25k . In which I disagreed because I believe my offer was more than fair and this case should have been resolved more properly. I don't understand how a case Joanna and I supposedly both handled together turned out to be against me .This is very devastating how this matter took place during the loss of a loved one.

Adair Joyner        Case No. 22 CV 6886
1728 Harbor Ave. Apt 1 W
Calumet City IL, 60409

FILED

FEB 16 2024

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT