# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson

                 Plaintiff,

v.                                                         Case No.: 1:22–cv–06886
                                                           Honorable Young B. Kim

Cook County, et al.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, February 21, 2024:

       MINUTE entry before the Honorable Young B. Kim: A status hearing is scheduled for February 28, 2024, at 12:00 p.m. (CST) by phone. The conference call number for the status hearing is (877) 336–1839 and the passcode is 4333213. Decedent Areon Marion's next of kin and mother Joanna Wilson and father Adair Joyner must appear by phone for the status hearing. Joyner filed a one–page statement on February 20, 2024, (R. 71), objecting to the Estate's motion for distribution (R. 60). While the Estate takes the position in the motion that $878,897.22 ("Funds") should be distributed to Wilson, Joyner takes the position that he is entitled to 1/3 of the Funds or $292,965.74. Joyner did not submit any objection to the motion on behalf of Aiden Joyner. As such, the dispute centers on the amounts to be distributed to Wilson and Joyner. In light of this dispute, the court must hold a dependency hearing to determine the appropriate distribution of the remaining Funds to Wilson and Joyner. The clerk's office is directed to email a copy of this order to Adair Joyner (joyneradair47@gmail.com) and mail the same to the following address: 1728 Harbor Avenue, Apt. 1W, Calumet City, IL 60409. (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.