# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson
                         Plaintiff,

v.                                                  Case No.: 1:22–cv–06886
                                                  Honorable Young B. Kim

Cook County, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 29, 2024:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone on February 28, 2024. A dependency hearing is scheduled for June 11, 2024, at 10:00 am in courtroom 1019. The hearing may continue on June 12, 2024, if necessary. Claimants Joanna Wilson and Adair Joyner are ordered to appear for the hearing in person. Wilson and Joyner are also ordered to submit a list of their witnesses−−−including a brief explanation on who they are and their email addresses if they live outside the State of Illinois so that the court may email a video link for their hearing testimony−−−and a list of exhibits along with a description (e.g., photo, voice message, social media posting) to be offered at the hearing. Wilson and Joyner must submit the ordered list of witnesses and exhibits by March 27, 2024. The clerk's office is directed to email a copy of this order to Adair Joyner (joyneradair47@gmail.com) and mail the same to the following address: 1728 Harbor Avenue, Apt. 1W, Calumet City, IL 60409. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.