Witnesses and Exhibits for Areon Marion's Dependency Hearing

Witnesses:

Amber Marion (sister of Areon)

Robert Marion (brother of Areon)

Ryan Marion (brother of Areon)

William Wilson(Husband)

Bruce Marion(Uncle/brother of Joanna Wilson)

Zola Rutland ( Great Aunt/twin of Joanna and Bruce paternal grandmother Zeola Cotton)

Kimberly Cooper(cousin on maternal side)/resides in Arizona/Email: kimmarioncooper@gmail.com

FILED
3/19/2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Voicemail Messages: I only have 2 because we communicated face to face and talking on the cell phone. I always answer my phone unless I'm at work, during the cancer journey, and/or in a no cell zone area. I do return phone calls promptly.

voicemail-10758991648.m4a     10/26/2020

voicemail-10758557024.m4a     01/04/2019