# Areon and His Family Love



Mother's Day 2017 at a friend's barbeque with my children-Amber(Mother Joanna)Robert at the top /at the bottom left Areon and Ryan on the right

Created By Mother Joanna Wilson

# It's All About Areon

- Areon was born on December 21, 1998- passed away on October 31, 2021
- He was full of love, joy, and an outgoing young man
- He love to have fun and adventure
- He loved to help others and others in need



Areon-1 years old



# It's All You (Areon)



2014-Areon happy but tired from winning Freshman football game

- Areon love having fun, traveling, and exploring the world was his plan and goal. He had an old soul and wise spirit that impacted every person that knew him. As a child, and growing up, Areon love to read "The World Almanac Books" any year, all the time. He was a great athlete starting in middle school playing many sports including his favorite-FOOTBALL in which he played all four years in high school too on the freshman team/Junior Varsity team as a sophomore & junior/Varsity team as a senior. Areon was a talented artist, dancer, historian-activist for change in our society, smart, gifted and talented, intellectual, loving person and heart-full, love his family and friends, and will give you his last and the shirt off his back. Areon love music with singing and writing, fashion, fashion designer, entrepreneurial, risk taker to accomplish many things, and always talked about how he wanted to give back to his Chicago community where he grew up until 8 years old on the Westside of Chicago.



Areon in 2017 modeling and hanging our with friends

# Precious Moments



# Areon Growing Up

## 2008 Handsome 8 year old at School Picture Day in Arizona

## 2009 Christmas in Arizona





# Areon Growing Up Continue….



# Areon Accomplished His Goals

### 2013 8th Grade Graduation

### 2017 High School Graduation





Areon Marion



# Areon Living Life and Having Fun!



2014-Areon out and about with friends

2016-Areon at the pool swimming

2017-Areon-Modeling/out with friends

2019-Areon playing with his camera takin photos

2017-Areon with his date at Senior Prom

# Areon Living Life and Having Fun!



# A Mother's Love



2014-Areon and mother leaving to go to high school homecoming

I am going to miss you saying these words to me "hi ma, what you're doing?, I love you, are you ok?-I can tell in your eyes and face, and/or voice, stop worrying about things". I love you son with lots and lots of hearts-Your Mommy/"From Your Loving Mother-"My Pooh"-Words cannot express my love for you, how much I'm going to miss your beautiful smile, ambitious personality to achieve many great things in life, loving spirit, our talks, checking on me all the time, knowing when I'm have a bad day, you showing me love all the time. When you were born weighing 8lbs 7ounces-and didn't cry, I stated "he looks like a football player, and you weren't breathing. I ask God to give life and give you to me, and forgive me for any sins that I ever committed but don't punish my baby, God gave you life & I heard you crying". I thank God for allowing me to be your mother for 22 years almost 23 years next month. Sleep on my son, I will see you again when I have fulfilled my purpose in life-Love you forever-your Mom

# Relationship with Mother

## His number one Love, Lady, and Fan



2017-Proud moment with Areon at his High School Graduation

2015- Areon and mom at his varsity football game

Areon and I had a close, loving mother and son relationship. Giving him hugs and kisses. He would always hug, give me a kiss, and tell me how much he loves me. How a great mom I am, thanking me for raising him up right, and sacrificing to make sure him and his siblings have a better life. He would talk to me about anything. His life decisions, goals, successes, relationships with girlfriends, being an entrepreneur, societal news, and future plans. Areon would encourage me to pursue my passions and talents. We would watch sports together, and with the family during sports' seasons. As a child and teenager we talked every day. After he graduated high school, we talked and texted every day and when he wasn't traveling but when he was out of town he would check in a few times a week. He was always concern with about my feelings, health, and wellness. I supported him with playing sports and his pathway after graduating high school. We would go places together and have fun, laugh, and have movie time at home. I would help him with his music, listening to lyrics and beats, his drawings and fashion designs and ideas. He would give me advice too. He would ask me how my students are treating me, if I shared about some disrespectful students, he would ask me if he could mentor them and talk life lessons with the individuals. They would tell me that my son gave them advice and is a nice guy, and can he come to the school to hang out with them to play basketball.

Areon's death affects me with loneliness and feeling as if I am in a dream that I cannot awake from every day. I think about him all day and thoughts of the suffering that he endured while incarcerated in cook county jail. I cry inside and outside when I wake up, go to work, when I leave work, when I walk in the door of our home and can't see and hear him greet me when I come in. I go to his room door but can't go inside. I struggle everyday with grieving depression and emotional grief. When I am teaching and looking at my students, sharing experiences and real-world experiences, I have to hold in my grieving (crying) until my lunch and teacher preps. Some days I want to scream "How did this happen?", and I know he called for me and I could not be there to help him when he needed it. I try to keep myself busy but it is hard because I miss Areon and I close, loving mother-son relationship. I struggle with sleeping at night, I get about 4-5 hours of sleep every day, and some nights it is 2 or 3 hours of sleep. My heart is broken and my family is not whole anymore. I want to awake from this dream and say " It's not true, Areon is alive" but in reality he is dead and never coming back to this life. God be with me and my family, this is an ongoing struggle every day for the rest of our lives from another person's decisions and choices. I listen and hear my other children's pain and grief when I see and talk to them. My grieving activates and the pain hurts.

# "Momma You Know I Love You"

The title of this slide is the song on a CD that Areon made for me in Kindergarten that I still have in my possessions.



2003-Areon at school in Kindergarten picture day

- Voicemail Messages: I only have 2 because we communicated face to face and talking on the cell phone. I always answer my phone unless I'm at work, during the cancer journey, and/or in a no cell zone area. I return phone calls promptly.

01/04/2019

icemail-1075855702...

10/26/2020

icemail-1075899164...



2019-Areon Modeling on a roof of a school

7:34
◄ Contacts

Areon#2–son ›

May 9, 2021 at 11:08 AM

Happy mother's day I don't celebrate Holidays but of course mom today different always love you and im grateful for having a caring, strong, and courageous mother. You've been through a lot but always strong enough fight through it and im always gone be here by your side with anything. Love you mom have amazing day you deserve it!!! ❤️❤️

May 9, 2021 at 12:37 PM

I know you don't. Thank you for the mommy message, it means a lot to me to hear your feelings , I love you for that too. I am so blessed and I am a strong woman. Love you 🥰🥰

You are blessed. Love you always. Robert gone give you my gift when go back

Get

May 10, 2021 at 11:23 AM

# Loving Memories-Just Me and You





# Relationship with Siblings



2000-Aeron with big sister Amber, brother Robert, and new brother Ryan

2016-Aeron with sister Amber at Senior Day Varsity Football game

2018-Aeron with little brother Ryan



-Aeron loved his sister Amber, brothers Robert, Ryan, and Dominic to infinity and beyond
He was always their for them showing love and affection
He shared his expertise on life and innovations

- To my little brother, "Knowing you are not going to be here physically hurts me bad but I know you will be around forever in our hearts I thank God for the 23 years of having you as my brother, we have gained the most loving intelligent angel, I will forever be proud of you, I will miss your big hugs and your bright smile I will hold on to our memories, will forever bring me peace watch over our mother baby brother. I love you so much may you rest in eternal peace" Love your big sister Amber

- Amber-Aeron's death affected me in a very traumatic way. I am severely traumatized for the rest of my life over how Aeron left our family with his life tragically ending. After losing Aeron I have to seek help for severe grief due to knowing my baby brother suffered in the most cruel way. He had his entire life awaiting him. He was not just a number he is badly loved and needed right now. Aeron loved to have our family kitchen talks about everything going on in this crazy world, me always giving them advice being his older sister seeing him graduate high school. Something I did not do right away but he did it and went to college I was so proud of him. I miss his smart debates and his wise sense of humor. He was learning and becoming a man and with that comes obstacles being black already in America for black women and men. Aeron had his life planned out to become an entrepreneur in fashion and overall artist. loosing Aeron and him missing out on important milestone's for his life and ours has been something I will never heal from. He will never get to have his own kids, and become successful like he dreamed. I am use to coming back home to Arizona to visit Aeron, my mom and my 3 younger brothers but I can't see him anymore. Aeron is not just my little brother he is an uncle to my 2 girl's ages 2 and 4 yrs old that he took very serious. The last child of mine was born during the pandemic and Aeron never got a chance to even hold her due to being held away for absolute petty reasons from his family. Now, since Aeron has been in heaven for 2 yrs, I don't get to see him, get big comforting hugs from him my girl's can't bond with him as their uncle. They know him so well even after his death, they ask for him, they know his face, his smile, and his name all because of me keeping his name alive so my kids will never forget him. We will never forget Aeron and I will make sure nobody forgets the kindest sweetest gentle soul who treats others with respect all because he was raised right. I have no words for this pain. There will be a hole in my soul for the rest of my life. There isn't a single thing no one can say to me or do for me but pray for my mother's broken heart and know Aeron life was worth so much more to me than anything. I just wanted us to all grow old together. I love and miss my baby brother.

# Relationship with Siblings



2015-Areon and Ryan on their way to hang out with school friends

2014-Areon with brother Robert on Homecoming night

2016 Football Senior Day Areon with mother ad sister Amber

Robert-Areon's death affected me in multiple ways. I developed mental stress issues such as depression and anxiety. I can't sleep at night knowing my younger brother is no longer breathing or on earth. I can't call and check on him anymore I can't crack jokes and laugh with him anymore. We can't debate about life events or information we think is important in life. My brother had goals and dreams he was successfully accomplishing day by day. He called me for advice and always gave an update on my youngest brother. I love my brother I always told him be better than me and go after your dreams in life. I lost a very valuable loved one that I miss a lot my heart could never be refurbished. I would give my life up just so my brother can live. I would donate anyone of my organs or limbs so my brother can live. Life ain't the same no more I battle with a damaged heart, mind, body, and soul on the daily knowing that my little brother is gone. I touch his earn every time I visit my mother's house. I try to hold in tears every time I hear my brother's name or think of him. Life is not the same anymore I feel like I was suppose to die before my younger brothers or sister.  Just yesterday I was helping him and my brothers put on their school uniforms and tie they're laces for school. He always checked up on me every month. I wish I could change time and tell God to take my soul to give my brother the gift of life. My soul hurt tarnished and destroyed now lord knows…

# Relationship with Siblings



2015-Getting ready for high school homecoming

- **Ryan**-Areon death affected me-Being in the Navy, on an 8-month deployment from the spring to the end of 2021 and not being able to talk to my big brother Areon was tragically a lot to deal with on its own. I couldn't text him nor call especially knowing from a email from my mother that he was in jail, and going through hard conditions and complaints of the jail and correctional officers. This devastated because me and my brother talked all the time, he was my childhood best friend growing up through all my stages of life. I remember right before I got deployed that we were talking about how I was getting out the service soon the next upcoming summer of 2022. We talked about the business opportunities that we were going to go into together, how he wanted to give back to the poor and others through designing clothing, where we were going to travel to together to different countries. This made me so excited to get out the navy, and to be back with my best friend. Then one day right before we ended deployment, I got called to my higher ups office and they gave me the news of my brother passing from a red cross message. I walked out and just started to ball my eyes out and I went right to my rack on the ship to try to just go to sleep, like maybe this is just a dream it's not real, like this isn't real. Then to pass from suicide like no that's not him, that's not him. This was the worst thing that ever happened to me in my life and still to this day it's still fresh. I had and still talk to mental health professionals to help me with my depression, anxiety, and ptsd from his death and the conditions he was going through in jail after this happened and I'm still trying to process and heal from my big brothers passing, mentally, physically it has affected me tremendously. I miss all the times we would speak on the phone or just talk for hours, not caring about the time or things we had going on. We talked about everything from the world, science, different cultures, religions, education, fashion, sports etc. You name it we could talk about everything, and I use to tell him like bro you are a great human, you can talk to anyone, you a go getter, your smart, like man I can't wait to have kids one day and they get to talk to the re uncle and just appreciate you. I miss just having him around all the time, and hanging out, his advice, reminiscing on times as kids and caring support especially the times when I don't believe in myself. He was suppose to be here when I got out and we had so much planned. Now I don't get to have that, I wish everyday he could be here, I always ask God if I could just go back in time and see him one time or to try to change the outcome, or if I could just help him. Now my Kids, my nieces and nephews and there kids won't ever get to see or know how special, caring, supportive, and loving that there Uncle was, but only from pictures of happiness and memories from the word of mouth. There not minute, nor sec of the day that I don't think of him and what we won't get to do with one another. We will never be able to talk, laugh, cry, see the world, be successful, help people, and make a positive impact to society together. I just love him and miss him so gratefully.

# Relationship with Siblings



2014-Areon and brother Areon going to high school homecoming

2016-Areon with 6month old brother Dominic at his Varsity Football game

- **Dominic- 8 year old younger brother-**Areon's death affected Dominic," I feel sad, miss him loving me, I really wish he can come back so bad, I feel grateful for him in my life and loving him".

# Memories with His Siblings and Niece



2005 Christmas –Areon with brother Ryan

2019-Areon with brother Dominic and niece Dream(Amber's Daughter)

2000-Areon with big sister Amber, brother Robert, and new brother Ryan

2000- Christmas, Areon with sister Amber

1999-Areon's 1st Birthday Party with brother Robert at Chuck E. Cheese

2003-Summer, Areon in the middle of siblings Amber and Robert, Ryan is sleep on the right bottom on the way to my family reunion in Memphis, TN

# Our Forever Memories



2018-Areon with mother, big sister Amber and new baby/ his niece



2017-Areon with mother-First Day of College at Langston University in Oklahoma

2019-Areon with mother, big sister Amber and niece, little brothers Ryan(left) and Dominic(middle)



2017 High School Graduation Areon and mother

## Our Forever Memories Continue …



2017 Football Sports Banquet-Areon with mother and brother Dominic

2009 Christmas in AZ, Areon with mother, (Areon is in the middle of ) brothers Ryan and Robert

2006 Christmas-Areon (yellow shirt) with siblings Amber, Robert and Ryan

2009 Christmas – Areon opening up his gifts

2002-our barbeque for my cousin that passed away-Areon(bottom left corner) with mother, sister Amber, brother Robert (left next to sister), Ryan in mother's arms

# Our Memories of Areon

2003-Areon(right bottom) with mother, siblings Amber(left in yellow),Ryan (on mom),Robert(behind Areon , and our cousin Summer behind mother at my paternal family reunion in Memphis, TN

2006- Areon(middle) with mother and Next to siblings Ryan(left), Robert(right), Amber(next to mother)

2003 at Gurnee Mills taking my kids shopping- Areon(right in the cart) with siblings Amber(behind Areon), Robert(left), and Ryan(in the stroller), and my cousin Summer(behind Robert)

2014- Areon with mother and brother Ryan

2009 Christmas- Areon(on left) with brother Ryan(in the middle), Robert on the Right opening up their gifts from me and stepdad





# Memories of Areon



2015-Areon at Junior Varsity Football Game



2002-our barbeque for my cousin that passed away-Areon(top left ) with uncle Bruce(mother's brother), brother Robert (next to him, brother Ryan in uncle Bruce arms

2020-Areon with brother Dominic who took this picture



2016-Areon getting ready for the Nike football Combine in California

2004-In Arkansas at mother's paternal family reunion, Areon(in our cousin's arms) with mother and brother Robert(in from of mother)



2009 Christmas-Areon enjoying fun time , sipping on sparkling grape juice



2014-Areon with mother, little brother Ryan and Stepdad

# Memories With Areon Continue…

2019 -Fourth of Jul y Areon with mother's brother-Uncle Bruce and his daughter- cousin Lela

2019-Ju;y 4th-Areon with Uncle Bruce's wife Jonetta and their daughter-cousin Lela

2018-Areon with best friends Raymond(left ) and Darien(right)





# Celebrations!!!

High school Varsity Football Game





2018-Areon with mother's brother-Uncle Bruce-his daughter-cousin Lela, little brothers Ryan(right) and Dominic(left)



2018-Areon with mother and little brother Ryan

2017-high school graduation-Areon with mother, little brothers Ryan(left)and Dominic(right)

# Celebrations!!! Continue



2016-Areon happy on Senior Day Varsity Football Game

1999-Areon (8months)with mother, sister Amber, brother Robert (Ryan wasn't born) at my cousin's JSU graduation in MS



2017-Areon at Football Sports Banquet (his final one for high school)

2017-Areon with brother Ryan(left), our cousin Kimberly(middle) at his High School Graduation

# More Celebrations!!!



2016 Areon with mother and little brother Ryan at his football game

2016-USA Football(Nike Combine in California)My husband and I took him to this event

2018-Areon with mother and little brother Ryan

2013 Homecoming Areon with mother, little brother Ryan (left) and big brother Robert (center)

# Areon's Forever Mother

- I nurtured him, and taught him norms and values that he carried with him throughout his life.
- Areon was able to thrive, succeed, graduate, and become a man because I took him away from an abusive environment with his father.
- I am so proud of him for becoming the man that I raised him to be and not the monster(Adair-Father) that he was around for his first 8 years of life. He was able to treat others with love and respect.
- I will forever have him in my heart, mind, and cherish the loving, great memories with him in my life and heart forever.

# WE MISS YOU!

AREON>You Will Forever Be in Our Hearts

Thank You For the Memories

Fly On My Angel

See You Later

