◀ 2

A

Areon#2-son ›

No check

May 19, 2021 at 7:31 AM

Okay thank you

May 19, 2021 at 9:27 AM

Welcome

May 27, 2021 at 1:44 PM

Are you busy?

May 27, 2021 at 11:41 PM

Call me, love you 💝

May 30, 2021 at 10:49 PM

Mom I love you

May 31, 2021 at 11:33 AM

Add me on Duo so we can video chat. Use this link:

g.co

May 31, 2021 at 9:36 PM

Is your stomach still upset?

Dec 1, 2021 at 3:36 PM

Who is this?

Text Message





Areon-son ›

Dec 29, 2019 at 7:44 AM

Mom can I borrow $30 ?

Mom?

You sent it?

Yes

Navy federal

Dec 29, 2019 at 10:17 AM

Thank you

Welcome 😘

Dec 29, 2019 at 11:52 AM

We're here

Where?

Amber's?

Yes

Dec 29, 2019 at 3:54 PM

6:42

**A**

Areon-son >

Dec 30, 2019 at 8:37 PM

Yes, until she gets a transfer

How are you?

Oh okay and I'm doing fine I'm just recording music and shooting videos as of now

Okay that's good



FREE Shipping: Get it by Fri, Jan 3
Check all availability ∨

🛒 Add to Cart

☐ Compare          🔖 Save

Get 1 year of Apple TV+

Apple - iPad (Latest Model) with Wi-Fi - 128GB - Space Gray

**$359.99**

Save $70  Was $429.99

Free security software & 2 more A
$29.99 value

★★★★★ (1,070)

Color: Space Gray

Open-Box: from $337.99

FREE Shipping: Get it by Fri, Jan 3
Check all availability ∨

🛒 Add to Cart

☐ Compare          🔖 Sav

Is this the newest

iMessage

6:44



Areon-son ›

Is this the newest

Can you work with this?

Let me know

Dec 30, 2019 at 11:36 PM

What do you mean

Dec 31, 2019 at 1:25 AM

Is this the lastest generation of iPad? Can you use an iPad in the work that you do?

I think so and Yeah I could I would just need to get one of those keyboard attachments

I researched and it is the newest iPad generation 7 /2019 and yes for a keyboard and case. What color? Is this the same as a MacBook?

Are you getting it right now or something? and I could find a MacBook for that price

I only can get it at bestbuy, the MacBooks are $1000 and up

Why you can only get it there? Why

+    iMessage    

6:44



Areon-son

Why you can only get it there? Why not online?

Check bestbuy online. I just saw some under $500, don't get preowned

I have bestbuy credit.

Oh Okay I'll check online

I want to support your entrepreneurship.

Thank you I really appreciate this more than anything

I found something for under $500

Really good pre owned comes with warranty



iMessage

6:44

Areon-son >

**Apple MacBook Air 11.6"
Pre-Owned Laptop Intel
Core i5 2GB Memory 64G...**
bestbuy.com

Ok

How you get that much credit?

Paying my bills on time.

$500 worth tho?

Check Best Buy online pick maple
grove, Minnesota for store location

See what they have available too

Oh so you can pick it up from the
store if not you can order it and I can
pick it up from store out here

Dec 31, 2019 at 11:03 PM

Happy New Year!!!🎈🎉 2020
achievements and successes!!!!

  

Jan 2, 2020 at 9:09 AM

iMessage

6:45

A

Areon-son >

How are you doing?

Do you need a phone the most?

Jan 2, 2020 at 2:56 PM

I'm sorry mom late happy New Years love you and I left my phone in my friends car New Year's Eve night and your right though what if I get a $299 iPad and rest on a phone

Ok, We're in Kansas on our way home, when I pick you up from the airport Saturday we will go to bestbuy.

Safe traveling home and Okay sounds good love you guys

Jan 2, 2020 at 4:47 PM

Ok, love you too 😘

Jan 4, 2020 at 12:14 AM

What time am I picking you up?

Don't forget birth certificate you need to get your license

Is the time for pickup 11:07am?

Jan 4, 2020 at 4:08 AM

iMessage

6:49

A

Areon-son >

Jan 12, 2020 at 3:29 PM

Dinner is ready

Okay

Jan 14, 2020 at 6:10 AM

Jacket 37 degrees outside

Jan 14, 2020 at 10:20 AM

What time are you leaving?

Joy just called me and had me reschedule

Ok, so what do want to do ?

Coming in to use the restroom rn

Ok come to the front, lock the door

Jan 15, 2020 at 11:36 AM

I'll be downtown after 3pm to go to the Arizona Department of Education to pay for the certifications. I'll meet you.

If you will be still that way

Okay I'll stick around then

iMessage

Jan 18, 2020 at 10:34 PM

Can you get me from Raymond's

?

You still coming?

??

Mom

Let me get the kids together

Okay

How close are you ?

On the way

Okay

Jan 20, 2020 at 5:25 AM

Warming the car

Jan 20, 2020 at 12:15 PM

What time do you get off?

Just got off rn heading to the train

I'll meet you at power and main?



iMessage



6:50

Areon-son ›

Just got off rn heading to the train

I'll meet you at power and main?

Gilbert and main the last stop

Or you talking about taking the bus after Gilbert and main?

Yes

Okay ima go to my friends for a lil bit if that's okay?

So, you're not coming this way? What time? I can't be up late, work tomorrow.

Ik I got work too mom it'll be still afternoon

Ok, I'll meet you on power and main

Let me know the time before you get on the bus

Okay I will

Jan 20, 2020 at 10:22 PM

Washer

Jan 23, 2020 at 2:59 PM

iMessage

6:51

**A**

Areon-son >

Jan 23, 2020 at 2:59 PM

I'm ready

Jan 24, 2020 at 10:30 AM

I'm by the car

Lock the doors

Okay

Jan 24, 2020 at 4:36 PM

I'm here at Gilbert and main

Okay

Are you on the train?

Naw just got off on the Roosevelt platform now

What time will you be here

Next 45 minutes

Ok

I'm in the park and ride

Jan 25, 2020 at 7:08 PM

+   iMessage

6:51

Areon-son >

Jan 25, 2020 at 7:08 PM

Where are you?

I'm near the park n ride

Jan 27, 2020 at 4:44 PM

Are you on the train?

I'm about to leave rn just clocked out

Ok

Where are you?

Park and ride

Okay

Jan 28, 2020 at 10:48 AM

Are you gone?

Yeah

Okay, you lock the doors

Yeah

Jan 28, 2020 at 4:05 PM

On on the train now

iMessage

6:51

Areon-son >

Jan 28, 2020 at 7:43 PM

Dinner ready

Jan 28, 2020 at 8:45 PM

Dinner or you're not hungry

Jan 29, 2020 at 10:28 AM

Im on the bus I locked the doors

Ok

Jan 29, 2020 at 4:46 PM

Are you on the train?

I'm about to be right now where are you?

Near Gilbert and main

Okay I'm the platform now

Okay, see you in an hour

Okay see you in an hour

Jan 30, 2020 at 10:26 AM

Have a good day! Lock doors

Did you leave?

iMessage

6:53



A

Areon-son >

Yeah I was on the phone ima still be early to work

Ok

Jan 30, 2020 at 3:57 PM

On the platform right now

Ok

Where are you

Park and ride

Okay

Jan 30, 2020 at 5:40 PM

Get a receipt

Jan 31, 2020 at 9:55 AM

I did not get paid today

Call Joy, you might get a paper check

I texted her

Ok

iMessage

6:54

A

Areon-son

Did you call dad already?

Yes he told me an hour

Ok

Feb 7, 2020 at 10:29 AM

I left and locked the doors

Ok

Have a great day

Thank mom and you as well love you

😘

Feb 7, 2020 at 8:18 PM

Are you on the train

I'm about to be

Ok

Ima stay out I'll be back in the morning

You're getting a ride?

iMessage

6:56





Areon-son >

How are you?

Feb 12, 2020 at 12:58 PM

I was sleeping the whole time but at 1:50 ima leave

Okay

Did you leave?

Yeah

Okay, I have a good day 😘 see you tonight.

Typo have

Feb 12, 2020 at 11:24 PM

Are you on the train

Are you on the train

Mom last train stopped at sky harbor not another one coming

Feb 13, 2020 at 1:42 PM

How are you?

I went to work already

iMessage

6:56

Areon-son ›

Ok

What time do you get off?

11 like yesterday

Ok, call me when you get on the train

😘

Okay I will love you have good day mom

Feb 14, 2020 at 12:16 AM

I'm here

Feb 14, 2020 at 7:39 AM

It's done

Okay thank you mom

Welcome 😘💕

Okay love you have a good day

Feb 14, 2020 at 9:19 AM

Car going off

iMessage

6:57

Areon-son >

Ok

It shut off already

My phone about to die

Come in

Mom your car keep going off

Feb 14, 2020 at 10:42 AM

I'm upstairs in a computer lab if you need me

Back downstairs

Went to go pick up check I'll be back

Ok

Are you going to lunch bc I want to go to Navy Federal Credit Union to cash check

No

★4.0 (12) on Yelp



**Directions**
15 min drive



iMessage

6:57

 1



A

Areon-son >

★ **4.0** (12) on Yelp

**Directions**
15 min drive



Navy Federal
Credit Union

E Highland Ave

📞
Call

⬆️
Share

Hours
Sunday                                    Closed
Monday – Thursday          9:00 AM – 5:00 PM
Friday                                  9:00 AM – 6:00 PM
Saturday                            9:00 AM – 2:00 PM

Address
1919 E Camelback Rd

Well that's far ima wait till you get off
and can you drop me off at airport?

I left my bag in your car

Yes

Feb 14, 2020 at 2:37 PM

Where are you ?

Feb 15, 2020 at 8:53 PM

Hi son, how's it going?

+          iMessage          🎤

6:58

Areon-son

Feb 21, 2020 at 9:12 AM

Did you leave already?

Yeah I left at 8:30

Oh, ok enjoy your day at work 😘 😀

You too love you mom have a great day!

Im going to look up more of the usc info on my break

👍🏾

Feb 21, 2020 at 5:07 PM

Just got off now

I came home because you said 6pm. Let me know when get on the train.

I'm already on the train

Ok

Feb 22, 2020 at 9:16 AM

Raining

Feb 22, 2020 at 6:20 PM

iMessage

6:59

Areon-son ›

Feb 22, 2020 at 6:20 PM

Let me know when you're on the train

Getting off now

Ok

At station now

Ok

Feb 23, 2020 at 1:44 PM

Got salt and you can gargle with listerine

Feb 25, 2020 at 10:17 AM

Mom I have take a bus and they don't take card so can I buy a bus pass ?

Come see me

Okay

You get off at 8pm right?

Yeah

Ok

iMessage

6:59

**Areon-son** >

Feb 26, 2020 at 12:11 PM

Ok

Feb 26, 2020 at 6:03 PM

Getting off at 6:30

Ok, let me know when you are on the train

Okay

Are you on the train

Walking on platform now

Ok

Feb 28, 2020 at 11:54 AM

Are you hot?

I left to get my check and maybe cash it before I start my shift

Ok

Feb 28, 2020 at 11:30 PM

Are you on the train?

I am now just got off

iMessage

7:00

Areon-son

At platform now

Ok

I'm here

Mar 1, 2020 at 12:00 AM

Are you on the train

Mar 4, 2020 at 7:48 AM

Did you leave yet?

Yeah

Mar 4, 2020 at 11:32 AM

What happened?

It's a lot I'm on my way back I'll explain it

Ok

Mar 4, 2020 at 2:01 PM

I'm leaving now, meet me downstairs.

Mar 4, 2020 at 6:25 PM

The oven isn't working

iMessage

7:01

A

Areon-son >

Okay wow you think that gas smell was a sign that the oven was going out?

Mar 5, 2020 at 4:40 AM

Do you have a ride today?

I'll be home now I just finished the tattoo just conversating with friends now

We need to leave at 5:15am

You have to be at work at what time?

You have to be at work at what time?

I have to be at work at 7

We can leave at 6 and be okay mom

You will get to the train around 6:30 or 6:45

That's okay mom

Oh ok

You won't be in trouble for being late

No

iMessage

7:01

Areon-son >

Ok , I'll get ready after 5

Mar 9, 2020 at 5:34 AM

I'm only dropping you off at the train, not going downtown

Mar 9, 2020 at 1:54 PM

I'm here at the croc I got off at 12

Mar 9, 2020 at 4:28 PM

I'm ready

Mar 11, 2020 at 1:44 PM

On my way to the croc

Ok

Mar 13, 2020 at 10:05 AM

I left just now can you make sure the sores are locked have a good day mom I love you

Did you lock it?

Yes I thought I did but just make sure

Ok

Mar 13, 2020 at 12:49 PM

iMessage

7:02

Areon-son

Ok

Mar 13, 2020 at 12:49 PM

Joy told me due to corona virus almost everyone is laid off for now

We had cancel all meeting and group events and everything this getting out of hand

Mar 14, 2020 at 5:08 PM

Mom

How long are you going to be at the dance?

Don't know yet

Okay is Ryan with you?

No, Eselina

Mar 19, 2020 at 8:14 AM

What time is court?

Mar 20, 2020 at 7:41 PM

Read abc 15 news Arizona about unemployment

Mar 21, 2020 at 5:08 PM

iMessage

7:02

 1



Areon-son ›



Mar 24, 2020 at 7:38 PM

Lobster ravioli

Mar 25, 2020 at 8:32 AM

You left

Mar 25, 2020 at 1:34 PM

Yeah

I'm coming back later on today

Ok

7:03



Areon-son ›

Mar 26, 2020 at 8:29 AM

Don't forget to social distancing and washing your hands while you're hanging out.

Mar 26, 2020 at 10:34 AM

Lol yeah Ik I don't even really be shaking hands with people

Mar 26, 2020 at 5:54 PM

Are you at Raymond or darion?

I'm at Darion's I'll be at home in a bit

Mar 28, 2020 at 11:09 PM

Are you coming home tonight

Mar 29, 2020 at 10:12 AM

I am in a lil bit I was sleep

It's fine , I was making sure you were ok.

Mar 30, 2020 at 3:44 PM



iMessage

7:03

 1  

Areon-son >

Apr 6, 2020 at 6:18 PM

Dinner is ready

Apr 8, 2020 at 2:14 PM

Do you want real fish sticks and fries?

Yeah

Ok, I let you know when it's ready

Ready

7:03

Apr 9, 2020 at 9:08 AM



**Cheers Coronavirus**
youtube.com

Apr 9, 2020 at 11:30 AM

Haha wow this crazy

Yes

Apr 10, 2020 at 11:45 AM

The transfer is done

Apr 14, 2020 at 8:46 AM

You left

Yea I'll be back in a bit I went to record music

Oh, ok

iMessage

7:04

 

A

Areon-son >

Okay

Thank you mom for twisting my hair

The garage door can't go down because of the taurus

Okay where y'all go?

To get the alternator

Where?

Down the street?

You can leave, just make sure both locks are locked on the garage door

Okay

Apr 17, 2020 at 10:05 PM



**Was your Arizona unemployment claim rejected? Hold tight — the state**

iMessage

7:04

Areon-son >

> Was your Arizona unemployment claim rejected? Hold tight — the state is re-evaluating thousands of applic...
> azcentral.com

Did you read this article?

Apr 17, 2020 at 11:41PM

I am right now thank you

Ok

Apr 18, 2020 at 8:31PM

Come eat

Apr 19, 2020 at 9:07PM

Mom are you on your way home yet?

Yes, will be there in 5 minutes

Okay

7:05

 1

Areon-son >



Apr 30, 2020 at 6:32 PM

Dinner ready

May 1, 2020 at 8:25 PM

Singing happy birthday to Leah

May 3, 2020 at 4:48 PM

Dinner ready

Okay thank you

May 5, 2020 at 12:05 PM

Take garbage cans to the curb, thank you

7:05



1

A

Areon-son >

May 7, 2020 at 8:25 AM

Please let me know what's going on

Mom

I was in the bathroom, I'm having pms issues

Are you okay?

Yes

That's goo Okay mom I love you talk to you when you get home

Good

May 7, 2020 at 3:49 PM

I went to Walgreens, going to Safeway to get me a water mug.

Oh Okay if I give you $20 in cash can you cashapp me $20

May 8, 2020 at 3:15 PM



iMessage

7:07

A

Areon-son >

pdf **7499_1Z86FE1103134...**
PDF Document · 31 KB

May 18, 2020 at 2:20 PM

I'm done can u come get me?

Yes

May 21, 2020 at 5:16 PM

You should be done by 6pm

Yeah ima be done in like a hour

Ok

May 21, 2020 at 7:17 PM

You'll be done by 7pm

I'm going to go home and drop off my food

May 21, 2020 at 8:39 PM

Okay I'm done wya?

I'm taking a Lyft

Already left

I'm not waiting u took too long

iMessage

7:07



Areon-son >



Can you get this one ?

Yes

Jun 13, 2020 at 11:50 AM

Back

Okay

Jun 14, 2020 at 6:04 PM

Dinner ready

Jun 15, 2020 at 8:16 AM

Do you have to be their at 8:30 or 9?

8:30

I'm about to get ready

Okay

Jun 15, 2020 at 8:03 PM

iMessage

7:08

**Blink** now
Motion detected at your
G8V1-9000-1403-3RLH.

Areon-son ›

Jun 15, 2020 at 8:03 PM

**Blood Builder: Vegan Iron Supplement (Pregnancy-Safe)**
megafood.com

Jun 17, 2020 at 5:01 PM

Are you being seen or still waiting? I need to go to the bathroom.

Yeah I just took my photo for ID and I'm waiting to get called still to get the physical

You are able to reinstate your license?

Idk yet

Okay

How many people ahead of you?

I don't know if packed in here tho

Ok, I'll be back, need to go to the bathroom

On my way back from across the way at 99 cent store

Okay I'm waiting to be called up

iMessage

7:08

< 1

A

Areon-son >

Ok

I'm here

Okay

Are you being seen yet?

No

Jun 17, 2020 at 9:39 PM

Text me the California cities

Jun 19, 2020 at 7:19 AM

Get ready

Jun 21, 2020 at 11:12 AM

Are you still down the street?

I'm coming back now

Ok, you scared me I thought you were stop by the popos

Jun 23, 2020 at 11:58 AM

Don't forget to go to the mvd

Case: 1:22-cv-06886 Document #: 74-2 Filed: 03/19/24 Page 39 of 70 PageID #:551

Did you go?

Go take care of that business

Yeah I have to go tomorrow bc I get paid tomorrow

Ok

Jun 24, 2020 at 10:31 AM

Is everything ok?

You have to get your license today.

Yeah I'm okay I got paid just now Im going to third party and also give pops his $375

Ok, go before it get crowded.

Jun 24, 2020 at 11:13 PM

Are you eating dinner

Yea later on

Ok

Jun 26, 2020 at 9:15 PM

I got my license back

iMessage

7:10





Areon-son >

 

Jul 15, 2020 at 8:38 PM

Hi son, are you at the studio?

Jul 15, 2020 at 10:09 PM

I will call you later I'm driving

Jul 16, 2020 at 2:03 AM

Is everything ok?

Yea everything is okay mom. I have to be up in the morning I got a studio session.

Are you here or still out?

I've been at home

Jul 16, 2020 at 4:13 AM



Brown Recluse

https://commons.wikimedia.org/wiki/User:Rosa_Pineda

**The Arizona Brown Spider – A Reclusive Beastie**
arizonadailyindependent.com

Is this what that spider look like?

 iMessage 

7:10





Areon-son >

Is this what that spider look like?

Yes that's what exactly that is







Let me know if any of this occurs

Okay mine I don't have a rash really like it don't itch

Jul 16, 2020 at 11:51 AM

Let the spider outside

Jul 17, 2020 at 2:40 PM

iMessage

7:11

**A**

Areon-son ›

Jul 17, 2020 at 2:40 PM

Did you leave the car running? We just discovered it was on. Do you have the key fob with you?

Your license came too

Jul 17, 2020 at 4:39 PM

Yeah I have the key fab I brought it on accident and okay

Is is good?

Jul 18, 2020 at 1:25 AM

You made it there?

Jul 18, 2020 at 1:42 PM

Yeah

Ok

Jul 20, 2020 at 12:40 PM

Did you do your claim?

Yeah

Jul 22, 2020 at 10:01 PM

Hi son, how are you?

iMessage

7:12

Areon-son >

Jul 23, 2020 at 12:29 PM

Hi son, how are you?

When is your return flight so I can be prepared

To pick you up

Jul 24, 2020 at 11:54 AM

Im doing good cuz I've been working on stuff and ima send you the flight times rn

Ok

Jul 25, 2020 at 1:02 AM

I go back to work and have to go to the School campus on Monday

You go back Monday? Why all of a sudden?

Yes, staff only.

Oh okay I thought you were talking like in full session

Az students start August 17th so far

Jul 26, 2020 at 2:10 AM

iMessage

7:13

Areon-son ›

Aug 1, 2020 at 7:07 PM

I love you son 💗💕 😘😘😘

Aug 2, 2020 at 1:49 PM

Mom

Do your UI

Okay

Aug 3, 2020 at 12:49 AM

Love you 😘 💗💕

Aug 3, 2020 at 7:43 AM

Love you too mom when are you going to be here?

I'm getting my truck serviced in an hour, we're ready , and we're on the way.

Okay

Aug 3, 2020 at 9:14 AM

Mom you talked to the hospital I'm at what you tell them?

Text Message

Mom you talked to the hospital I'm at

iMessage

7:13



Areon-son >

Mom you talked to the hospital I'm at what you tell them?

iMessage

Are you still at Northwestern? So we know where to come

Yes



iMessage

7:14

Areon-son ›

Aug 3, 2020 at 5:02 PM

Send someone to sign me out please mom

You know I'm fine

I don't trust these doctors

They shootings me up

Drugs

I'm feeling weird

Please save me mom

Aug 4, 2020 at 7:21 AM

Let me know when the doctor comes

Aug 4, 2020 at 2:16 PM

Okay

That was this morning

I know

Aug 4, 2020 at 5:19 PM

We're in Illinois

Okay

Aug 4, 2020 at 11:45 PM

iMessage

7:14

A

Areon-son >

I told the doctor that you can get the CK treated at Gilbert- Mercy hospital Dignity Health and they're going to send the referral to them.

She ask me what hospital

Aug 8, 2020 at 9:38 PM



Thank you mom

Welcome 💗

Aug 9, 2020 at 7:16 PM



6   JAFRI, ASMA, MD Physician    R

Accepting new patients: Yes

RONALD I JONES MD

961 N MCQUEEN RD

iMessage

7:15







Areon-son >

Aug 13, 2020 at 8:15 AM

Good morning son, your bed frame is in the garage in a long white box. What time is court? Mrs. Brown said you can volunteer.

Aug 13, 2020 at 10:14 AM

Good morning mom and Okay Thank you and it is at 1:30

7:16



Areon-son ›

Aug 20, 2020 at 2:47 PM

Can you talk? Text me when you're done at court. I can pick you up if it's after 3:30pm or dad can pick you up before than.

Okay I'll let you I might be done before then

Ok

I'm done with court now

Ok

He's on the way

Okay

How far is he I'm standing outside

He should be there

Did he come?

Aug 20, 2020 at 5:11 PM

Yeah

Aug 21, 2020 at 10:44 AM

Call unemployment and community

iMessage

7:23

 1



Areon-son ›



Aug 21, 2020 at 10:44 AM

Call unemployment and community service places. Love you 😘😘💕💗

I love you mom 💕 and I did they not answering so I emailed them from pua site I got headphones to work but mom the brakes ain't that bad but can I borrow $100 I'm driving to Vegas

How much to request?

Do you have me on mute?

 Requested $75 with Apple Pay.

I can just use Apple Pay

At gas station



 iMessage 

7:24

 1



Areon-son >



Aug 23, 2020 at 2:33 AM

Be careful, safe you're driving late at night. We'll talk when you get here.

Aug 23, 2020 at 4:25 AM



7:24





Areon-son ›

Aug 25, 2020 at 2:01 PM

Let me know if he starts crying, I'll come home.

Okay

Aug 26, 2020 at 12:05 PM

When you leave and get gas, the back tires need air. The light is on for that. Go to discount tires by raising canes on Ellsworth and ocotillo

Okay I will and love you mom

Love you 😘😘😘😘💕💕💕💗

Aug 26, 2020 at 10:43 PM



**900,000 unemployment claims remain under fraud investigation**
abc15.com

Aug 28, 2020 at 7:49 AM

It still haven't came in

iMessage

7:25



Areon-son >

Aug 28, 2020 at 7:49 AM

It still haven't came in

Call at 8:00

Okay

I sent you $44 to your bank can you cashapp me it back I have a different card



Cash

**$44**

Aug 28, 2020 at 7:28 PM



Cash

**$60**

Oct 1, 2020 at 9:00 AM

Mom can you send it

Yes , I will do it now. Cash app right?

iMessage

7:25

 1 A Areon-son >

Oct 1, 2020 at 9:00 AM

Mom can you send it

> Yes , I will do it now. Cash app right?

Yeah thank you mom love you have a good day today

> It's done. Love you too 😘😘💗💗💗💕 Yes, a good day.

Yup I got it and see you later on

Oct 2, 2020 at 1:22 PM

Can you pick me up from Roberts ?

> Yes, when I get off work.

Oct 2, 2020 at 4:24 PM

Okay thank you

How far are you?

Where are you?

Oct 2, 2020 at 8:26 PM

> Fish is ready

iMessage

7:25

 1

A

Areon-son >

Oct 3, 2020 at 7:28 PM

Can you send me $5 real quick

Done

Oct 3, 2020 at 9:36 PM

I sent it

Oct 4, 2020 at 5:38 PM

Dinner

7:26

Areon-son >

Oct 26, 2020 at 9:51 AM

I love you mom

Love you too 😘 😘 💗 💕

Oct 26, 2020 at 2:42 PM

You upset I'm going to New York?

Text Message

You upset I'm going to New York?

iMessage

No

Oct 26, 2020 at 5:44 PM

Mom are you at home?

Why?

Oct 27, 2020 at 5:56 PM

Mom I'm in New York

I love you thank you for everything I know i procrastinate a lot and allow mistakes to happen but I want you to know I love you mom and I know you going through something you never saw yourself going through and I know you want the less amount of stress on you. But you don't have to stress for me I'm going to be in a better spot then what I'm in now and I appreciate everything you've done for me and I know you'll get through this just don't let everything get to you so deeply you taught me that.

Nov 6, 2020 at 9:43 PM

Cash app money for bestbuy, thank you

Nov 7, 2020 at 5:45 AM

Haven't started my job yet but when I get paid this Tuesday I got you

Ok

iMessage

Case: 1:22-cv-06886 Document #: 74-2 Filed: 03/19/24 Page 59 of 70 PageID #:571

7:29

Nov 9, 2020 at 8:16 AM

Where were you? How have you been? and it's too late I'm already at court

Nov 9, 2020 at 11:29 AM

Are you still at court?

I told william you were coming to get your stuff.

No I went to court today but okay mom I feel like you upset at me? But I just want you to get healthy and was me moving out a problem?

Nov 11, 2020 at 11:39 AM

You called, what's up.

Yes I wanted to know how you were doing? and I love you

I'm doing good, love you too 😘

How are you doing?

Always good to hear you'll get through this but I'm doing good I'm homeless rn but It'll eventually get better

iMessage

7:30





Areon-son >

Not Delivered

Mom if you feel like I disrespected you that night I apologize but what words did I call you? And can you tell me everything you feel like you need to tell me because I remember you getting mad bc I was telling you about how this government neglect us and my views on religion and life as a whole

Sorry, I can't talk right now.

Mom why did we get in a debate that day? How did the conversation start?

I feel like you feel I hate you and that's not the case at all mom I care about you more than anything and I know what you dealing with might not seem fair and its not at all but I don't want you thinking I have resentment towards you like you do everything you can for me I love you

I don't feel this way. Lets leave this in the past.

Okay I understand but I feel like you holding back from telling me something you can be honest with me mom I'm here for you

 iMessage 

7:30

Areon-son >

Sorry, I can't talk right now.

Why are treating me like this?

I'm busy

At the store

Nov 13, 2020 at 8:59 PM

Oh okay mom please be careful going out but I'm happy see you being more active I love you and I'll pray for you

Nov 27, 2020 at 8:22 PM

5 Photos



iMessage

7:30



Areon-son >



Dec 6, 2020 at 8:52 AM

Mom I love you ❤️ and I know you're doing well. Keep staying strong call me anytime you want to talk.

Dec 8, 2020 at 10:37 PM

How you feeling?

Dec 14, 2020 at 1:37 PM

Getting better every day

iMessage

7:31



Areon-son >

Dec 14, 2020 at 1:37 PM

Getting better every day

Good that's amazing I'm glad to hear that mom I love you ❤️

Dec 21, 2020 at 6:34 AM

Happy 22nd Birthday!!Areon🎊💗💕🎉🎈 love you 😘💗💕

Dec 21, 2020 at 9:11 AM

Thank you mom I love you ❤️

Dec 25, 2020 at 9:15 PM

Love you 😘💕💕

Dec 26, 2020 at 5:14 AM

Love you too mom hope you feeling well always

Dec 26, 2020 at 9:01 AM

I'm feeling better

Dec 26, 2020 at 11:04 AM

That's a blessing mom you have amazing day love you

Dec 26, 2020 at 1:10 PM

iMessage

7:31



Areon-son >

Love you 😘 💕 💕

Dec 26, 2020 at 5:14 AM

Love you too mom hope you feeling well always

Dec 26, 2020 at 9:01 AM

I'm feeling better

Dec 26, 2020 at 11:04 AM

That's a blessing mom you have amazing day love you

Dec 26, 2020 at 1:10 PM

You too son, love you 😘 💗 💕

Dec 30, 2020 at 8:58 PM

Mom can you mail my check when it arrives I'll give you address

Yes

Thank you and love you

Dec 31, 2020 at 4:29 AM

👍🏾

 iMessage

7:32



Areon-son ›

Dec 31, 2020 at 10:48 PM

Mom?

Why you not answering?

Jan 2, 2021 at 9:13 PM

I'm at home

that's good so have they told you how long their gone keep undergoing treatment ?

Jan 3, 2021 at 5:03 PM

I will know this week

Jan 6, 2021 at 4:54 PM

Hi 😀😘💕💕💕

How are you?

I thought I replied but okay that's good to know and hey mom I love you. I'm doing good what about you?

Jan 6, 2021 at 7:57 PM

I'm fine, love you 😘 💗💕

That's good love you too ❤️


iMessage

Feb 6, 2021 at 4:06 PM



I'm cancer free😂 😃 🎉 🎊 🙏🏾 🙏🏾 🙏🏾 🙏🏾 🙏🏾 just left the doctor.

 iMessage 

7:33

◄ Contacts

A

Areon#2-son ›

I got my cash app back so ima send you 404 just send it to my cash app

Apr 24, 2021 at 9:32 PM

Hi son, how are you doing? We're doing fine😘💕🩷💕🩷

Hey mom I love you and im doing good i miss you and when did taxes supposed to come?

Love you too😘💕💕🩷💕 on Wednesday

Miss you too, you should get a message in your account on Tuesday.

Okay thank you

👍🏾

Apr 28, 2021 at 6:19 AM

I already got my tax return on the 10th but I never got stimulus

I'm getting ready for work. I'll talk to you after

+    Text Message    🎤

7:34
◀ Contacts





Areon#2-son ›

May 1, 2021 at 8:27 AM

Good morning mom can Mail it the way for me to pick it up

Tell how much it is so I send money

I'll let you know

Okay

I love you

Love you too😘😘😘💕💗💕💗

7:34

◀ Contacts





Areon#2-son ›

Can u send the 900?

When I get off, it's 871 because they charge $3 per transaction.

Okay

May 4, 2021 at 6:56 PM

I sent it

Thank you mom love you

Welcome! Love you 💓

May 7, 2021 at 9:28 AM

Send the geico pin

GEICO: 776753 is your password reset PIN number. This code expires in 10 minutes. Please do not reply to this message.

Okay thank you ima call you after you get off

Ok

May 9, 2021 at 11:08 AM

Happy mother's day I don't celebrate

Text Message

7:34

◀ Contacts



A

Areon#2-son ›

Ok

May 9, 2021 at 11:08 AM

🤍

Happy mother's day I don't celebrate Holidays but of course mom today different always love you and im grateful for having a caring, strong, and courageous mother. You've been through a lot but always strong enough fight through it and im always gone be here by your side with anything. Love you mom have amazing day you deserve it!!!❤️❤️ ❤️❤️❤️🎉🎈💝

May 9, 2021 at 12:37 PM

I know you don't. Thank you for the mommy message, it means a lot to me to hear your feelings , I love you for that too. I am so blessed and I am a strong 💪🏾 woman. Love you 😘😘 😘💗💕💗💕💝

You are blessed. Love you always. Robert gone give you my gift when go back

Get

Ok

May 10, 2021 at 11:23 AM

Text Message