# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson

                Plaintiff,

v.                                                 Case No.: 1:22–cv–06886
                                                    Honorable Young B. Kim

Cook County, et al.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, March 25, 2024:

      MINUTE entry before the Honorable Young B. Kim: Claimant Adair Joyner called the court seeking an extension of time. The request is granted and Joyner now has until April 3, 2024, to file his list of witnesses and exhibits. The clerk's office is directed to email a copy of this order to Adair Joyner (joyneradair47@gmail.com) and mail the same to the following address: 1728 Harbor Avenue, Apt. 1W, Calumet City, IL 60409. (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.