**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1**
**Eastern Division**

Joanna Wilson
       Plaintiff,

v.                Case No.: 1:22–cv–06886
                 Honorable Young B. Kim

Cook County, et al.
       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 4, 2024:

   MINUTE entry before the Honorable Young B. Kim: A status hearing is scheduled for May 13, 2024, at 12:00 p.m. by phone. The purpose of the hearing is to prepare for the dependency hearing scheduled for June 11, 2024. Claimants Joanna Wilson and Adair Joyner have submitted their witness lists. Claimants should be prepared to identify for the court the witnesses who will appear for the hearing in person and by video. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.