UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Joanna Wilson

                            Plaintiff,

v.                                                                Case No.: 1:22−cv−06886
                                                                  Honorable Young B. Kim

Cook County, et al.

                            Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, May 13, 2024:

      MINUTE entry before the Honorable Young B. Kim: Status hearing held by phone. Claimants Joanna Wilson and Adair Joyner are ordered to appear for the dependency hearing at 10:00 a.m. on June 11, 2024, in courtroom 1019 (10th floor). The hearing will continue on June 12, 2024, starting at 9:00 a.m. if necessary. Wilson's in−person witnesses must also appear for the hearing at 10:00 a.m. on June 11, 2024. Joyner's in−person witnesses may appear by 1:00 p.m. on June 11, 2024. Some of Joyner's witnesses may have to return to court the following day to present their testimony. The United States District Court for the Northern District of Illinois is located at 219 South Dearborn Street in Chicago (the main entrance is on Dearborn Street between Jackson and Adams). Those individuals coming to court will need a government issued photo identification to enter the courthouse. For Witness Kimberly Cooper, the court will email a Webex video link to her so that she may appear for the hearing by video. Wilson is directed to advise Cooper to wait for Wilson to call her to appear by video. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.