UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

Joanna Wilson
                    Plaintiff,

v.                                                     Case No.: 1:22–cv–06886
                                                                     Honorable Young B. Kim

Cook County, et al.
                    Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, July 12, 2024:

      MINUTE entry before the Honorable Young B. Kim: On December 13, 2023, Plaintiff filed a motion to approve settlement and to approve distribution of funds [60]. The court granted the motion in part on January 30, 2024, to the extent that the court approved the total settlement amount of $1,500,000 and the total fees and costs in the amount of $616,602.78 as fair and reasonable, but entered and continued the remainder of the motion. (R. 66.) Having completed the dependency hearing and considered the evidence, the court now grants the motion to approve distribution of funds [60] in part to the extent that from the settlement funds remaining, Dominic Wilson is entitled to $2,000, Robert Marion is entitled to $2,500, Adair Joyner is entitled to $87,889.72, and Joanna Wilson is entitled to $791,007.50. Enter Memorandum Opinion and Order. The Estate is ordered to distribute the following sums to the following individuals forthwith: (1) $2,000 to Joanna Wilson for the benefit of minor Dominic Wilson; (2) $2,500 to Robert Marion; and (3) $584,431.48 to Joanna Wilson. The Estate is ordered to withhold $294,465.74, which is the sum to which Joyner claims he is entitled, until further order of the court. Joanna Wilson and Joyner have 30 calendar days from today, or August 12, 2024, to file their notice of appeal with the Seventh Circuit Court of Appeals if they wish to challenge the court's ruling on the apportionment of the settlement funds. If they do not wish to challenge the court's ruling, they may file their waivers in writing with the court and the court will direct the Estate to release the remaining funds ($87,889.72 to Joyner and $206,576.02 to Joanna Wilson) as soon as possible and not wait until August 13, 2024, provided that neither party appeals. If either party timely files a notice of appeal, the court will direct the Estate to withhold the remaining funds until the Seventh Circuit rules on the appeal. A copy of this order and the Memorandum Opinion and Order have been emailed to Joyner. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and

criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.