

July 12, 2024

To the Honorable Judge Young Kim of United State District Court

Northern District of Illinois

Case number: 1:22-cv-06886

I Joanna Wilson am submitting a waiver that I agree with the court's ruling to distribute $87,889.72 to Adair Joyner.

Sincerely,

*Joanna Wilson*

Joanna Wilson