# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Joanna Wilson
                         Plaintiff,

v.                                           Case No.: 1:22–cv–06886
                                                    Honorable Young B. Kim

Cook County, et al.
                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Saturday, July 20, 2024:

      MINUTE entry before the Honorable Young B. Kim: On the court's docket, Document No. 84 appears as "Motion for a retrial by Plaintiff Joanna Wilson." (R. 84.) However, the document is filed by Claimant Adair Joyner and he seeks ";a retrial because [he says] the decision was not fair." (R. 84 at 1.) The motion for a rehearing [84] is denied because Joyner fails to state any basis for a rehearing. That said, Joyner still has his right to file a notice of appeal with the Seventh Circuit Court of Appeals by August 12, 2024, and appeal this court's decision. Mailed notice(Kim, Young)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.