# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

### NOTICE OF DOCKETING - Short Form

July 24, 2024

**To:** Thomas G. Bruton
Clerk of Court

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

> Appellate Case No: 24-2264
>
> Caption:
> JOANNA WILSON, as Independent Administrator, Deceased estate of Areon J. Marion,
>    Plaintiff - Appellee
> v.
>
> COOK COUNTY, ILLINOIS, a unit of local government doing business as Cook County Health and Hospitals System doing business as Cermak Health Services of Cook County,
>    Defendant - Appellee
>
> APPEAL OF: ADAIR JOYNER
>
> District Court No: 1:22-cv-06886
> Magistrate Judge Young B. Kim
> Clerk/Agency Rep Thomas G. Bruton
> Date NOA filed in District Court: 07/23/2024

If you have any questions regarding this appeal, please call this office.

form name: **c7_Docket_Notice_short_form**     (form ID: **188**)