IC WD

RECEIVED

AUG 12 2024 WD

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Joanna Wilson
(full name of plaintiff or petitioner)

~~Adair Joyner~~
vs.

~~Joanna Wilson~~
(full name of defendant(s) or respondent(s))

Adair Joyner

APPLICATION TO PROCEED
WITHOUT PREPAYING FEES OR
COSTS / FINANCIAL AFFIDAVIT
(NON-PRISONER CASE)

Case number: 22-CV-06886

**Instructions:** Please answer every question. Do not leave blanks.
If the answer is "0" or "none," say so.

**Application:** I am one of the parties in this case. I believe that I am entitled to the relief I am requesting in this case. I am providing the following information under penalty of perjury in support of my request (check all that apply):

[✓] to proceed *in forma pauperis* (IFP) (without prepaying fees or costs)
[ ] to request an attorney

1. *Are you employed?*
   [ ] Yes   Name and address of employer: None
              Total amount of monthly take-home pay: N/A
   [✓] No    Date(s) of last employment: 10/2021   Last monthly take-home pay: 12/2023

2. *If married, is your spouse employed?* [ ] Not married
   [✓] Yes   Name and address of spouse's employer: CBC Packaging 50 W. South Holland
              Total amount of spouse's monthly take-home pay: $2,400
   [ ] No    Date(s) of spouse's last employment:    Spouse's last monthly take-home pay:

3. *Other sources of income / money:* For the past 12 months, list the amount of money that you and/or your spouse have received from any of the following sources:

   (list the 12-month total for each)

   Self-employment, business, or profession: $ 0
   Income from interest or dividends: $ 0
   Income from rent payments: $ 0
   Pensions, annuities, or life insurance: $ 0
   Disability or worker's compensation: $ 0
   Gifts (including deposits into any accounts in your name): $ 0
   Unemployment, public assistance, or welfare: $ 825
   Settlements or judgments (include any that are expected): $ 0
   **Any other source of money:** $ 0

Rev. 2/2020

Page 1 of 2

4. *Cash and bank accounts*: Do you and/or your spouse have any money in cash or in a checking or savings account? ☐ Yes ☐ No  If yes, how much? $200 Cash

5. *Other assets*: Do you and/or your spouse own or have an interest in any real estate (including your home), stocks, bonds, other securities, retirement plans, automobiles, jewelry, or other valuable property (not including ordinary household furnishings and clothing)? ☐ Yes ☒ No

   If yes, list each item of property and state its approximate value:

6. *Dependents*: Is anyone dependent on you and/or your spouse for support? ☒ Yes ☐ No

   If yes, please list their names (for minor children, use only initials); relationship to you; and how much you and/or your spouse contribute toward their support each month:

   AJ - $1600.00

7. *Debts and financial obligations*: List any amounts you owe to others:

   Credit Card - $40 mth

8. *Provide any other information that will help explain why you cannot afford to pay court fees / hire an attorney*:

   Currently unemployed, recent family emergency, son starting school need uniforms etc. Wife pay majority of bills etc.

**Declaration**: I declare under penalty of perjury that all of the information listed above is true and correct. I understand that a false statement may result in dismissal of my claims or other sanctions.

Date: 8/9/24

Applicant's Signature

Adair Joyner
Printed name