FILED
SEP 04 2024
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUG 14 2024
RECEIVED
U.S.C.A. – 7th Circuit

Adair Joyner  Case # 22-CV-06886
Appeal

I would like to Appeal this case, because the decision was not fair. I requested 1/3 which was more than fair, but I was offered 1/10. I Suffered the loss of my son as well. I have been emotionally stressed out, trying to hold in the pain due to his death And the dishonesty of Joanna Wilson. She stated I never been there for my son and cared for him as a father should have. But my son and I shared a special father and son bond, Whenever we saw each other, our smiles went from ear to ear. And whenever we talked on the phone I can feel the joy. I love my son just as well as she did . I took good care of my kids and hers as well. She said I don't deserve a third of the settlement, but this is not a one parent decision neither is this a child support case. This is a wrongful death case. Which should be considered equal rights and I've only requested 1/3 and not 1/2  I also think that the case should have been handled in a more honest and appropriate way, but it wasn't.  Joanna Wilson decided she wanted to relocate in Arizona. She took my kids away from me and I suffered day and night as a father.  That took a really big toll on me mentally As well as trying to adjust my living.

During  the hearing, it supposed to have been Joanna  myself and  our witnesses  present in the courtroom . No attorneys were scheduled to be there in the Courtroom during  the hearing but  somehow Joanna  Wilson attorney appeared. When  he was asked who was he stated he was James Pullos and that he was not there to represent the case, but he was there to support. But he was by her side possibly coaching her on what to say/do etc. that was not fair that he was present and I didn't have an attorney present in the courtroom with me.  They stated a fair decision will be made. I later received a email offering a settlement for 1/10 Which I don't agree to  because it's not fair on my behalf. Joanna also mention during the hearing that she hired a private investigator because she didn't know where I live. Which is not true. When they move back to Chicago her and her husband, would drop them off on occasions at my address because at the time my wife and  I shared a vehicle. I have been at this address for the past 16 years.  So I was not hard to find at all.  While preparing and paying for our son's home going Joanna and I Were in the funeral home parking lot. We agreed to get justice and peace for our son and that we will handle matters together as parents . I later get a call from attorney James Pullos Asking if could Sign off. In other words so that she can have the responsibility and handle the case on her own, which I refuse because I disagree. We both are his parents and that was not the discussion we had we both agreed to handle it together. Joanna did otherwise she took it to court lied And said she didn't know my whereabouts. And that's how they got around me not signing the papers Which should have been unlawful as she never even tried to contact me. My address and phone number has been the same. Joanna proceeded with this case, unfairly and dishonest. It hurts me tremendously that she would do such a thing doing this time of our loss. Now I can never get closure because the case has already been won And it cannot be brought back up, so I will never get over this situation for not being there to get closure of knowing why and how My son's life was taken away from him , and it hurts deeply inside.

AUG 14 2024

RECEIVED

U.S.C.A. – 7th Circuit

Amber Marion, agree to the proposed distribution. Areon's father, Adair Joyner, has not been involved in Areon's life for at least the past ten years. I was told by my son, Ryan, that Adair did not want anything from this lawsuit.

8. Areon's half-brother, Aiden Joyner, is a minor. Areon did not reside with or have any relationship with Aiden Joyner, and thus, Aiden Joyner is not able to offer evidence of his own grief, sorrow, and mental suffering, and loss of society caused by the death of Areon.

9. Areon's half-brother, Dominic Wilson, is a minor and resides with me. Dominic Wilson was an infant during Areon's life and was 5 years-old when Areon died, and because of his age, Dominic Wilson is not able to offer evidence of his own grief, sorrow, and mental suffering, and loss of society caused by the death of Areon.

10. I hereby consent, agree, and desire that the distribution of the net proceeds of the settlement under the Wrongful Death Act in the amount of $883,397.22 shall be in accordance with the following degrees of dependency:

| Name | Dependency | Amount |
|---|---|---|
| Joanna Wilson, mother | 99.49% | $878,897.22 |
| Adair Joyner, father | 0% | $0.00 |
| Robert Marion, brother | 0.28% | $2,500.00 |
| Ryan Marion, brother | 0% | $0.00 |
| Amber Marion, sister | 0% | $0.00 |
| Dominic Wilson, brother | 0.23% | $2,000.00 |
| Aiden Joyner, brother | 0% | $0.00 |

11. I hereby consent, agree, and desire that the Survival Action is dismissed.

12. I have read Plaintiff's Motion to Approve Settlement of Wrongful Death and to Approve Distribution of Funds, and agree and consent to all of its terms.

FURTHER AFFIANT SAYETH NAUGHT.



DocuSigned by:

Joanna Wilson

F74E431G8ED4430...

JOANNA WILSON

[X] Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.