IC

Case: 1:22-cv-06886 Document #: 94 Filed: 09/12/24 Page 1 of 1 PageID #:758
Case: 1:22-cv-06886 Document #: 93 Filed: 09/04/24 Page 2 of 2 PageID #:757
Case: 1:22-cv-06886 Document #: 60 Filed: 12/13/23 Page 8 of 28 PageID #:443

DocuSign Envelope ID: C06802C8-6390-489A-869A-202430D5B74F

**FILED**

Docketing Statment

SEP 12 2024 SMB

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

AUG 14 2024
RECEIVED
U.S.C.A. – 7th Circuit

Amber Marion, agree to the proposed distribution. Areon's father, Adair Joyner, has not been involved in Areon's life for at least the past ten years. I was told by my son, Ryan, that Adair did not want anything from this lawsuit.

8. Areon's half-brother, Aiden Joyner, is a minor. Areon did not reside with or have any relationship with Aiden Joyner, and thus, Aiden Joyner is not able to offer evidence of his own grief, sorrow, and mental suffering, and loss of society caused by the death of Areon.

Areon's half-brother, Dominic Wilson, is a minor and resides with me. Dominic Wilson was an infant during Areon's life and was 5 years-old when Areon died, and because of his age, Dominic Wilson is not able to offer evidence of his own grief, sorrow, and mental suffering, and loss of society caused by the death of Areon.

10. I hereby consent, agree, and desire that the distribution of the net proceeds of the settlement under the Wrongful Death Act in the amount of $883,397.22 shall be in accordance with the following degrees of dependency:

| Name | Dependency | Amount |
|---|---|---|
| Joanna Wilson, mother | 99.49% | $878,897.22 |
| Adair Joyner, father | 0% | $0.00 |
| Robert Marion, brother | 0.28% | $2,500.00 |
| Ryan Marion, brother | 0% | $0.00 |
| Amber Marion, sister | 0% | $0.00 |
| Dominic Wilson, brother | 0.23% | $2,000.00 |
| Aiden Joyner, brother | 0% | $0.00 |

11. I hereby consent, agree, and desire that the Survival Action is dismissed.

12. I have read Plaintiff's Motion to Approve Settlement of Wrongful Death and to Approve Distribution of Funds, and agree and consent to all of its terms.

FURTHER AFFIANT SAYETH NAUGHT.

DocuSigned by:
*Joanna Wilson*
F74E4B4C8EB4430
JOANNA WILSON

[X] Under penalties as provided by law pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

2