# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT

Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604



Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## NOTICE OF ISSUANCE OF MANDATE

April 15, 2025

To:   Thomas G. Bruton
      UNITED STATES DISTRICT COURT
      Northern District of Illinois
      Chicago, IL 60604

| | |
|---|---|
| No. 24-2264 | JOANNA WILSON, as Independent Administrator of the Estate of Areon J. Marion, Deceased,<br>       Plaintiff - Appellee<br><br>v.<br><br>COOK COUNTY, ILLINOIS, a unit of local government, doing business as Cook County Health and Hospitals System, doing business as Cermak Health Services of Cook County,<br>       Defendant - Appellee<br><br>APPEAL OF: ADAIR JOYNER |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-06886<br>Northern District of Illinois, Eastern Division<br>Magistrate Judge Young B. Kim | |

Herewith is the mandate of this court in this appeal, along with the Bill of Costs, if any. A certified copy of the opinion/order of the court and judgment, if any, and any direction as to costs shall constitute the mandate.

RECORD ON APPEAL STATUS:                                 No record to be returned

form name: **c7_Mandate**    (form ID: **135**)