# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**CERTIFIED COPY**
A True Copy
Teste:

_signature_

Deputy Clerk
of the United States
Court of Appeals for the
Seventh Circuit

## FINAL JUDGMENT

March 24, 2025

Before
MICHAEL B. BRENNAN, *Circuit Judge*
DORIS L. PRYOR, *Circuit Judge*
NANCY L. MALDONADO, *Circuit Judge*

| | |
|---|---|
| No. 24-2264 | JOANNA WILSON, as independent administrator of the ESTATE OF AREON J. MARION,<br><br>    Plaintiff - Appellee<br><br>v.<br><br>COOK COUNTY, ILLINOIS, d/b/a COOK COUNTY HEALTH & HOSPITALS SYSTEM, d/b/a CERMAK HEALTH SERVICES OF COOK COUNTY,<br><br>    Defendant,<br><br>APPEAL OF: ADAIR JOYNER,<br><br>    Objector – Appellant. |
| **Originating Case Information:** | |
| District Court No: 1:22-cv-06886<br>Northern District of Illinois, Eastern Division<br>Magistrate Judge Young B. Kim | |

The judgment of the District Court is **AFFIRMED**, with costs, in accordance with the decision of this court entered on this date.

_signature_

Clerk of Court

form name: **c7_FinalJudgment**   (form ID: **132**)