**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Joanna Wilson
                       Plaintiff,

v.                                       Case No.: 1:22−cv−06886
                                                             Honorable Young B. Kim

Cook County, et al.
                       Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 17, 2025:

      MINUTE entry before the Honorable Young B. Kim: A status hearing is scheduled for May 1, 2025, at 9:30 a.m. (CST) by phone. The conference call number for the hearing is (650) 479−3207 and the passcode is 231586611#. (Press # when prompted for an attendee number.) Claimants Joanna Wilson and Adair Joyner and the Estate are ordered to appear for the status hearing. The clerk's office is directed to email a copy of this order to Adair Joyner (joyneradair47@gmail.com) forthwith. Mailed notice (ec)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.