# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
### Eastern Division

Joanna Wilson

                          Plaintiff,

v.                                             Case No.: 1:22–cv–06886
                                                           Honorable Young B. Kim

Cook County, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 1, 2025:

       MINUTE entry before the Honorable Young B. Kim: Status hearing held. Adair Joyner represented that he plans to file an appeal with the United States Supreme Court. The court will monitor the docket and issue a follow–up order when warranted. Emailed notice (yt)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.