UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Joanna Wilson
                 Plaintiff,

v.                                        Case No.: 1:22–cv–06886
                                             Honorable Young B. Kim

Cook County, et al.
                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 1, 2025:

      MINUTE entry before the Honorable Young B. Kim: As of today's date, Adair Joyner has not taken any steps to seek an appeal of the Seventh Circuit's March 24, 2025 final judgment affirming this court's July 12, 2024 ruling. (R. 97.) By July 15, 2025, Joanna Wilson is ordered to file a petition for costs she incurred, if any, in connection with Joyner's appeal, and Joyner is ordered to file an explanation why this court should not enter an order directing the Estate to distribute $87,889.72 to Joyner, minus any costs Wilson is entitled to recover from him, and to distribute the remaining balance of the funds the Estate is holding ($294,465.74) to Joyner. (See R. 81.) The July 15, 2025 deadline is a firm deadline. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.