UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)
Eastern Division

Joanna Wilson
                    Plaintiff,

v.                                        Case No.: 1:22–cv–06886
                                                  Honorable Young B. Kim

Cook County, et al.
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, July 22, 2025:

      MINUTE entry before the Honorable Young B. Kim: Neither Joanna Wilson nor Adair Joyner filed any oppositions or petitions for costs in response to this court's order of July 1, 2025. This matter is now closed and terminated. The Estate is ordered to distribute $87,889.72 to Joyner and the remaining balance of $206,575.28 to Wilson by August 5, 2025. For the portion to be released to Joyner, the Estate is directed to email instructions to Joyner to pick up the check from Clifford Law Offices. The Estate must provide a name of a contact person only Joyner would know to make the necessary arrangements for the pickup. The Estate is not authorized to release the funds to anyone but Joyner himself in person. Joyner must have his government issued photo identification at the time of his visit to the office. Once the funds have been released, the Estate is ordered to file a final accounting statement with this court by August 12, 2025, confirming the distributions. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.