**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON MARION, Deceased, ) ) ) | |
| Plaintiff, ) ) | 22-cv-06886 |
| v. ) ) | Magistrate Judge Young B. Kim |
| COOK COUNTY, ILLINOIS, et al., ) ) | |
| Defendants. ) | |

**MOTION FOR EXTENSION OF TIME TO COMPLY WITH
ORDER DATED JULY 22, 2025**

NOW COMES Plaintiff, JOANNA WILSON, as Independent Administrator of the Estate of AREON MARION, Deceased, by and through her attorneys, CLIFFORD LAW OFFICES, P.C., and hereby moves this Court for Extension of Time to Comply with its Order of July 22, 2025. In support, Plaintiff states as follows:

1. On September 23, 2022, Plaintiff was appointed as the Independent Administrator for the Estate of Areon Marion, Deceased, Case Number 2022-P-004113, for purposes of prosecuting this lawsuit.

2. This matter was eventually resolved pursuant to settlement. *See* Dkt. 82; *see also* Dkt. 97.

3. On July 22, 2025, this Court issued a minute entry directing the Estate of Areon Marion, Deceased, to distribute the proceeds of this settlement by August 5, 2025.

4. According to Cook County Circuit Court Rule 6.5(f), "Upon the entry of the order approving the settlement or entering the judgment, the representative shall file a petition in the Probate Division requesting the entry of an order authorizing the representative to accept the

1

distributable amount and fixing and approving the bond or other security required pursuant to the settlement or judgment. A copy of the order of the judge hearing the case shall be attached to the petition."

5. Plaintiff, as Independent Administrator of the Estate of Areon Marion, Deceased, is set to appear before the Probate court to obtain an order distributing proceeds on August 7, 2025.

6. Accordingly, Plaintiff requests this Court extend the time to distribute the proceeds of the settlement to August 14, 2025, and provide a final accounting by August 21, 2025.

WHEREFORE, Plaintiff requests this Court to extend the time to distribute the settlement proceeds by August 14, 2025, and provide a final accounting by August 21, 2025.

Respectfully submitted,

/s/ James C. Pullos
James C. Pullos

James C. Pullos
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., 36th Floor
Chicago, IL 60602
(312) 899-9090
jcp@cliffordlaw.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2025, I served the above and foregoing MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER DATED JULY 22, 2025, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
(312) 899-9090