# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON MARION, Deceased, | ) ) ) | |
| Plaintiff, | ) ) | 22-cv-06886 |
| v. | ) ) | Magistrate Judge Young B. Kim |
| COOK COUNTY, ILLINOIS, et al., | ) ) ) | |
| Defendants. | ) | |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on **August 5, 2025**, at 11**:00 a.m.**, or as soon thereafter as counsel may be heard, we shall appear before the Honorable Magistrate Young B. Kim, Room 1019, United States District Court for the Northern District of Illinois, 219 South Dearborn Avenue, Chicago, Illinois 60604, and shall then and there present **MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER DATED JULY 22, 2025**, copies of which are attached hereto and served upon you.

Dated: July 30, 2025

Respectfully submitted,

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
(312) 899-9090

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 30, 2025, I served the above and foregoing Notice of Motion, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

      */s/ James C. Pullos*
      James C. Pullos
      jcp@cliffordlaw.com
      CLIFFORD LAW OFFICES
      120 N. LaSalle Street, Suite 3600
      Chicago, IL 60602
      (312) 899-9090