**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Joanna Wilson
                        Plaintiff,

v.                                                      Case No.: 1:22–cv–06886
                                                                  Honorable Young B. Kim

Cook County, et al.
                        Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, July 30, 2025:

      MINUTE entry before the Honorable Young B. Kim: Plaintiff's motion for extension of time [103] is granted. Appearance on August 5, 2025, is not required to present this motion. Although this court does not see the need for state court approval, the Estate now has until August 14, 2025, to distribute $87,889.72 to Adair Joyner and the remaining balance of $206,575.28 to Joanna Wilson. Once the funds have been released, the Estate is ordered to file a final accounting statement with this court by August 21, 2025, confirming the distributions. (ec, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.