# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JOANNA WILSON, as Independent Administrator of the Estate of AREON MARION, Deceased, ) ) ) | |
| Plaintiff, ) ) | 22-cv-06886 |
| v. ) ) | Magistrate Judge Young B. Kim |
| COOK COUNTY, ILLINOIS, et al., ) ) | |
| Defendants. ) | |

## STATEMENT OF DISTRIBUTION

Now comes Plaintiff, JOANNA WILSON, as Independent Administrator of the Estate of AREON MARION, Deceased and submits this Statement of Distribution as follows:

1. Payment was made to Joanna Wilson in the amount of $791,007.50.

2. Payment was made to Dominic Wilson, a Minor, through his mother Joanna Wilson, to be deposited in a restricted minor's account until age 18, in the amount of $2,000.00.

3. Payment was made to Robert Marion in the amount of $2,500.00.

4. Payment was made to Adair Joyner in the amount of $87,889.72.

5. Payment was made to Clifford Law Offices, P.C. in the amount of $616,602.78.

Respectfully submitted,

/s/ James C. Pullos
James C. Pullos

James C. Pullos
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle St., 36th Floor
Chicago, IL 60602
(312) 899-9090
jcp@cliffordlaw.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2025, I served the above and foregoing STATEMENT OF DISTRUBUTION, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

*/s/ James C. Pullos*
James C. Pullos
jcp@cliffordlaw.com
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3600
Chicago, IL 60602
(312) 899-9090